# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN M. DOMURAD**<br>Clerk<br><br>**DAN MCALLISTER**<br>Chief Deputy | Alexander Pirnie Federal Building<br>10 Broad Street<br>Utica NY 13501<br>(315) 793-8151 |

February 5, 2021

SERVED VIA EMAIL UPON EACH ATTORNEY BELOW

Daniel E. Gustafson, Esq.
Amanda M. Williams, Esq.
Raina C. Borrelli, Esq.
Mary M. Nikolai, Esq.
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

RE: Laurie Thomas, et al. vs. Beech-Nut Nutrition Company
NYND CASE NO. 1:21-CV-0133(TJM/CFH)

Dear Sir or Madam:

Please be advised that the above case was filed February 5, 2021, in the Northern District of New York.  You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court.  This means all attorneys MUST have an individual PACER account, and request admission via PACER.  If you will be seeking a Permanent Admission, instructions can be found on our website at:
http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf.  If you will be seeking a Pro Hac Vice Admission, instructions can be found by using the following link:
http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.

The parties are advised that all future filings and inquires should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ s/Susan Evans, Case Processing Specialist

cc: Counsel of Record (via CM/ECF)
    NDNY File