

# Taus, Cebulash & Landau, llp.

80 Maiden Lane, Suite 1204
New York, New York 10038
212-931-0704
www.tcllaw.com

Kevin Landau
Direct:  646-873-7654

February 12, 2021

***Via ECF***

Hon. Thomas J. McAvoy
Senior U.S. District Judge
United States District Court for the Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

**Re: *Thomas v. Beech-Nut Nutrition Co.,* 1:21-cv-00133-TJM-CFH (N.D.N.Y.)**

Dear Judge McAvoy:

Attached, please find Exhibit A to Plaintiffs' Complaint (ECF No. 1, filed on February 5, 2021), which Plaintiffs inadvertently left out of their initial Complaint filing on ECF. Plaintiffs' counsel conferred with Your Honor's chambers, first, to make sure this was an acceptable means of including the exhibit.

Thank you very much,

/s/ *Kevin Landau*
Kevin Landau

cc: all counsel of record via ECF