# EXHIBIT A

| Product Name[1] | Arsenic (total, ppb) | Arsenic (inorganic, ppb) | Lead (ppb) | Cadmium (ppb) | Mercury (ppb) | Perchlorate (ppb) |
|---|---|---|---|---|---|---|
| Beech-Nut Rice Single Grain Baby Cereal – Stage 1 | 117 | 86 | 3.5 | 5.4 | 0.582 | < 3.2 |
| Beech-Nut Oatmeal Whole Grain Baby Cereal – Stage 1 | 23.8 | --[2] | 2.2 | 13 | < 0.139 | 4.2 |
| Beech-Nut Classics Sweet Carrots – Stage 2 | <2.2 | -- | 23.5 | 8 | 0.212 | -- |
| Beech-Nut Organics Just Carrots - Stage 1 | 2.8 | -- | 1.3 | 1.4 | 0.142 | 2.3 |
| Beech-Nut Naturals Just Sweet Potatoes – Stage 1 | 2.4 | -- | 14.1 | 4 | < 0.136 | -- |
| Beech-Nut Organics Just Sweet Potatoes – Stage 1 | 3.8 | -- | 7.3 | 2.7 | < 0.142 | -- |
| Beech-Nut Classics Sweet Potatoes – Stage 2 | 2.8 | -- | 24.1 | 3.4 | < 0.138 | -- |
| Beech-Nut Classics Sweet Peas – Stage 2 | 6.3 | -- | 1.1 | 1.6 | < 0.138 | -- |
| Beech-Nut Naturals Just Butternut Squash – Stage 1 | < 2.2 | -- | 1.3 | 1.2 | < 0.139 | -- |
| Beech-Nut Organic Just Pumpkin – Stage 1 | 2.6 | -- | 4 | 1.1 | < 0.139 | -- |
| Beech-Nut Organic Just Apples – Stage 1 | < 2 | -- | < 0.5 | < 0.5 | < 0.126 | -- |
| Beech-Nut Naturals Bananas – Stage 1 | < 2.1 | -- | < 0.5 | < 0.5 | < 0.136 | -- |
| Beech-Nut Naturals Beets, Pear & Pomegranate – Stage 2 | < 2.2 | -- | 0.9 | 4.7 | < 0.139 | -- |

---

[1] HEALTHY BABIES BRIGHT FUTURES, *What's In My Baby's Food?*, https://www.healthybabyfood.org/sites/healthybabyfoods.org/files/2019-10/BabyFoodReport_FULLREPORT_ENGLISH_R5b.pdf (hereinafter, "Healthy Babies Bright Futures Report")

[2] "--"indicates that analysis was not performed by Healthy Babies Bright Futures.