Attorney(s)
Index # 1:21-cv-0133(RJM/CFH)
Purchased/Filed: February 5, 2021
STATE OF NEW YORK
Court: U. S. District
County/District: Northern Dist.

**AFFIDAVIT OF SERVICE**

Laurie Thomas et al, individually and on behalf of all other similarly situated

Plaintiff(s)/Petitioner(s)

vs

Beech-Nut, Nutrition Co.

Defendant(s)/Respondent(s)

---

STATE OF NEW YORK          COUNTY OF SCHENECTADY , SS.:

ERIC PAGE , being duly sworn deposes and says deponent is not a party herein, and is over the age of eighteen years. That on February 16, 2021 at 2:52pm at One Nutrition Place, Amsterdam, New York 12010 (Address where service was accomplished.) deponent did serve the following: Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, Letter, with Supporting Documents & Exhibit

on: **Beech-Nut, Nutrition Co.**

Defendant , (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X]
A corporation, by delivering thereat a true copy of each to Brittany Duncan personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be HR Coordinator thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]
On _____ deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of United States Post Office in the State of New York .

Deponent called at the aforementioned address on the following dates and times:
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

**#6 DESCRIPTION** [X] (use with #1, 2 or 3)
A description of the person served is as follows:
Sex Fem   Color of skin White   Hair Brown   Approx.Age 38-45   Approx.Height 5'8"
Approx. weight 130   Other _____

**#7 WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**#8 NON MIL** [ ]
To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Sworn to before me on this
16th day of February, 2021

Clarisa S Gentile
Notary Public

Notary Stamp

[Notary seal: CLARISA S GENTILE, STATE OF NEW YORK NOTARY PUBLIC, Qualified in Saratoga County, 02GE6409910, MY COMMISSION EXPIRES 11/02/2024]

Invoice·Work Order # 2104679
Attorney File # RE: Thomas v. Beech-