UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURIE THOMAS, ALISON KAVULAK, JEN MACLEOD, MARY NARVAEZ, ALISON FLEISSNER, EMILY BIGAOUETTE, LAURA EGGNATZ, TERESA HAGMAIER, and NICOLE FALLON<br><br>                               Plaintiffs,<br><br>v.<br><br>BEECH-NUT NUTRITION COMPANY,<br><br>                               Defendant. | Case No. 1:21-cv-00133-TJM-CFH |

**MOTION FOR LIMITED APPEARANCE – PRO HAC VICE**

Pursuant to United States District Court for the Northern District of New York LOC. R. 83.1(d), I, Kevin S. Landau, attorney for Plaintiffs in the above-referenced action, hereby move the Court to admit Kara A. Elgersma *pro hac vice* to appear and participate as co-counsel in this case for the Plaintiffs.

Movant represents that Kara A. Elgersma is qualified and licensed to practice law before the courts of Illinois and is a member in good standing of that bar. Movant finds Kara A. Elgersma to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

Kara A. Elgersma's relevant identifying information is as follows:

55 West Monroe St., Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kae@wexlerwallace.com

|  |  |
|---|---|
| Dated: February 18, 2021 | Respectfully Submitted,<br><br>*/s/ Kevin S. Landau*<br>Kevin S. Landau<br>**TAUS CEBULASH & LANDAU, LLP**<br>80 Maiden Lane<br>Suite 1204<br>New York, NY 10038<br>Tel: (612) 333-8844<br>klandau@tcllaw.com<br><br>***Attorney for Plaintiffs*** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2021, I electronically filed the foregoing Motion for Limited Appearance – Pro Hac Vice with the Clerk of the Court using the CM/ECF System, which will then send notification of such filing to all counsel of record.

*/s/ Kevin S. Landau*
Kevin S. Landau

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of: __Kara A. Elgersma__

DECLARATION
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF __New York__

__Kevin Landau__, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of __Taus, Cebulash & Landau, LLP__, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: __517929__.

2. I make this Declaration in support of the admission of __Kara A. Elgersma__.

3. I have known __Kara A. Elgersma__ since __2016__, and find him/her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this __18th__, day of __February__, 20__21__.

_____
SPONSOR

w:\attyadm\Declaration_of_Sponsor
Form Date: 1/1/2018

United States District Court
Northern District of New York

**NEW ATTORNEY E-FILING REGISTRATION FORM**

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission.*

NAME: Kara A. Elgersma                ☐ Sr.   ☐ Jr.
      First    Middle    Last          ☐ II   ☐ III

☐ **STANDARD ADMISSION** see L.R. 83.1(b)
Applicants who are not admitted to practice in the Federal Courts of New York.

☐ **RECIPROCAL ADMISSION** see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

⬤ **PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion for Limited Admission Pro Hac Vice in 1:21-CV-0133 (TJM/CFH)   (case number)
Applicant required to file a Pro Hac Vice access request in PACER.
Email address kae@wexlerwallace.com

☐ **FEDERAL GOVERNMENT ADMISSION** see L.R. 83.1(e)
   ☐ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
   ☐ Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

☐ **SPECIAL ADMISSION CEREMONY** scheduled on   /  /    in           , NY. Sponsored by the Federal Court Bar Association. [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

☐ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

**Oath on Admission**

I, Kara A. Elgersma , do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated: 2 / 18 / 2021

/s/ Kara A. Elgersma
*Attorney Signature*



# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

## Petition for Admission, pursuant to Local Rule 83.1(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Northern District of New York.

### Personal Statement (Personal Information, Business Information, Good Standing, Education)

#### Personal Information

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| Kara | A | Elgersma | |

Residence Address:
4585 Cathedral Court

| City: | State: | Zip: | County: |
|---|---|---|---|
| Richfield | Wisconsin | 53076 | Washington |

#### Business Information

Affiliation/Firm:
Wexler Wallace LLP

Address:
55 West Monroe St., Suite 3300

| City: | State | Zip | County |
|---|---|---|---|
| Chicago | Illinois | 60603 | Cook |

E-Mail:
kae@wexlerwallace.com

| Title: | Date of Employment: | Firm Telephone: |
|---|---|---|
| Partner | 07/06/2010 | (312) 346-2222 |

#### Good Standing

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers.

Please see attached

| Question | Yes | No |
|---|---|---|
| Have you ever been convicted of a misdemeanor or felony? | ○ | ● |
| Are there any disciplinary proceedings presently pending against you? | ○ | ● |
| Have you ever been censured or suspended from practice before any court? | ○ | ● |
| Have you ever been denied admission or readmission to the bar of any court? | ○ | ● |

If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of any such actions or proceedings.

#### Education

| Name of Law School<br>City and State where located | Dates of Attendance<br>From To (Month/Year) | Type of Degree Received | Date Degree Received<br>or Expected |
|---|---|---|---|
| Georgetown University, Washington, DC | September 1997 - May 2000 | J.D. | |

Revised 12/2019

| |
|---|
| Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location: |
| N/A |

I have read and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Kara A. Elgersma                           02/18/2021
Signature                                       Date

Revised 12/2019

**Court Admissions for Kara A. Elgersma**

| Court | Date Admitted | Bar Number, if Applicable |
|---|---|---|
| District of Colorado | October 13, 2010 | |
| Northern District of Illinois | January 9, 2001 | |
| Western District of Wisconsin | April 26, 2013 | |
| Eastern District of Wisconsin | January 25, 2016 | |
| Western District of Michigan | March 14, 2019 | |
| Eastern District of Michigan | August 27, 2020 | |
| 2nd Circuit Court of Appeals | November 3, 2015 | |
| 3rd Circuit Court of Appeals | April 23, 2001 | |
| 4th Circuit Court of Appeals | June 17, 2009 | |
| 6th Circuit Court of Appeals | October 10, 2006 | |
| 7th Circuit Court of Appeals | September 20, 2002 | |
| 10th Circuit Court of Appeals | August 25, 2003 | |
| District Court for the District of Columbia | February 1, 2010 | |
| United States Supreme Court | February 23, 2004 | |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Kara A. Elgersma

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 12/19/2000 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of February, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK
_____

IN THE MATTER OF THE APPLICATION OF

_Kara A. Elgersma_____   ORDER

TO BE ADMITTED TO THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF NEW YORK

_____

     Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, _Kara A. Elgersma_____ is hereby accepted for

- ☐ Admission to practice in the United States District Court for the Northern District of New York.

- ☑ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of:
  _1:21-CV-00133-TJM-CFH_____.

IT IS SO ORDERED.

Dated:_____

                                                                    _____
                                                                    ☐ U.S. District Judge
                                                                    ☐ U.S. Magistrate Judge