## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURIE THOMAS, ALISON KAVULAK, JEN MACLEOD, MARY NARVAEZ, ALISON FLEISSNER, EMILY BIGAOUETTE, LAURA EGGNATZ, TERESA HAGMAIER, and NICOLE FALLON | |
| Plaintiffs, | Case No. 1:21-cv-00133-TJM-CFH |
| v. | |
| BEECH-NUT NUTRITION COMPANY, | |
| Defendant. | |

### MOTION FOR LIMITED APPEARANCE – PRO HAC VICE

Pursuant to United States District Court for the Northern District of New York LOC. R. 83.1(d), I, Kevin S. Landau, attorney for Plaintiffs in the above-referenced action, hereby move the Court to admit Kenneth A. Wexler *pro hac vice* to appear and participate as co-counsel in this case for the Plaintiffs.

Movant represents that Kenneth A. Wexler is qualified and licensed to practice law before the courts of Illinois and is a member in good standing of that bar. Movant finds Kenneth A. Wexler to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

Kenneth A. Wexler's relevant identifying information is as follows:

55 West Monroe St., Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com

Dated: February 18, 2021

Respectfully Submitted,

*/s/ Kevin S. Landau*
Kevin S. Landau
**TAUS CEBULASH & LANDAU, LLP**
80 Maiden Lane
Suite 1204
New York, NY 10038
Tel: (612) 333-8844
klandau@tcllaw.com

***Attorney for Plaintiffs***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 18th day of February 2021, I electronically filed the foregoing

Motion for Limited Appearance – Pro Hac Vice with the Clerk of the Court using the CM/ECF

System, which will then send notification of such filing to all counsel of record.

*/s/ Kevin S. Landau*
Kevin S. Landau

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

_____

Petition of : Kenneth A. Wexler

_____

**DECLARATION**
**OF**
**SPONSOR**

STATE OF NEW YORK
COUNTY OF    New York
_____

Kevin Landau
_____, being duly sworn, depose and say:

1.    That I am an attorney associated with the law firm of Taus, Cebulash & Landau, LLP,

and am a member in good standing with the United States District Court for the Northern District of

New York.   My NYND Bar Roll Number is: 517929.

2.    I make this Declaration in support of the admission of Kenneth A. Wexler.

3.    I have known Kenneth A. Wexler since 2016,

and find him / her to be of high moral character and suitable for admission to the United States District

Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 18th, day of February, 20 21.

_____
SPONSOR

w:\attyadm\Declaration_of_Sponsor
Form Date: 1/1/2018

## United States District Court
## Northern District of New York

### NEW ATTORNEY E-FILING REGISTRATION FORM

*Enter your full name, as it will appear on your official Admission Certificate.   Select your method of admission and enter the required information.   Complete and sign the Oath on Admission.*

NAME: <u>Kenneth A. Wexler</u>                    ○ Sr.    ○ Jr.
             First                    Middle                    Last                    ○ II    ● III

○ **STANDARD ADMISSION** see L.R. 83.1(b)
Applicants who are not admitted to practice in the Federal Courts of New York.

○ **RECIPROCAL ADMISSION** see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

● **PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion   for   Limited   Admission   Pro   Hac   Vice   in 1:21-CV-0133 (TJM/CFH)
Applicant required to file a Pro Hac Vice access request in PACER.       (case number)

Email address kaw@wexlerwallace.com

○ **FEDERAL GOVERNMENT ADMISSION** see L.R. 83.1(e)
   ○ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S.
      Government, who is admitted to practice in other Federal Districts
   ○ Attorney in the employ of the United States Government who is **not** admitted
      in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

○ **SPECIAL ADMISSION CEREMONY** scheduled on      /    /      in                      , NY.
Sponsored by the Federal Court Bar Association. [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

○ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

### Oath on Admission

I, _____ Kenneth A. Wexler _____ , do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated:     2   /  18  / 2021

_____
                    /s/ Kenneth A. Wexler
                    *Attorney Signature*



# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

## Petition for Admission, pursuant to Local Rule 83.1(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Northern District of New York.

### Personal Statement (Personal Information, Business Information, Good Standing, Education)
### Personal Information

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

| First Name: Kenneth | Middle Name: A | Last Name: Wexler | Suffix: |
|---|---|---|---|

Residence Address:
468 Lakeside Terrace

| City: Glencoe | State: Illinois | Zip: 60022 | County: Cook |
|---|---|---|---|

### Business Information

Affiliation/Firm:
Wexler Wallace LLP

Address:
55 West Monroe St., Suite 3300

| City: Chicago | State Illinois | Zip 60603 | County Cook |
|---|---|---|---|

E-Mail:
kaw@wexlerwallace.com

| Title: Partner | Date of Employment: 01/01/2000 | Firm Telephone: (312) 346-2222 |
|---|---|---|

### Good Standing

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers.

Please see attached

| | |
|---|---|
| Have you ever been convicted of a misdemeanor or felony? | ○ Yes   ◉ No |
| Are there any disciplinary proceedings presently pending against you? | ○ Yes   ◉ No |
| Have you ever been censured or suspended from practice before any court? | ○ Yes   ◉ No |
| Have you ever been denied admission or readmission to the bar of any court? | ○ Yes   ◉ No |

If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of any such actions or proceedings.

### Education

| Name of Law School City and State where located | Dates of Attendance From To (Month/Year) | Type of Degree Received | Date Degree Received or Expected |
|---|---|---|---|
| Georgetown University, Washington, DC | 1977-1980 | J.D. | |
| | | | |

Revised 12/2019

Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location:

N/A

I have read and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Kenneth A. Wexler                                    02/18/2021
Signature                                                      Date

Revised 12/2019

**Court Admissions for Kenneth A. Wexler**

| Court | Date Admitted | Bar Number, if Applicable |
|---|---|---|
| Illinois State Bar | October 29, 1980 | 3127810 |
| Supreme Court of Illinois | October 29, 1980 | 3127810 |
| Northern District of Illinois | December 1980 | |
| Southern District of Illinois | May 5, 2002 | |
| 7th Circuit Court of Appeals | April 29, 1981 | |
| 3rd Circuit Court of Appeals | June 27, 1989 | |
| 6th Circuit Court of Appeals | May 9, 1994 | |
| 1st Circuit Court of Appeals | January 28, 2008 | 92357 |
| 2nd Circuit Court of Appeals | November 3, 2015 | |
| 4th Circuit Court of Appeals | March 31, 2017 | |
| 9th Circuit Court of Appeals | November 26, 2010 | |
| 10th Circuit Court of Appeals | January 2, 2018 | |
| Northern District Trial Bar | September 25, 1989 | |
| Eastern District of Wisconsin | March 19, 2020 | |
| District of Colorado | December 26, 2007 | |
| Eastern District of Michigan | August 7, 2020 | |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Kenneth A. Wexler

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 10/29/1980 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 18th day of November, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK
_____

IN THE MATTER OF THE APPLICATION OF

Kenneth Wexler                                                          ORDER


TO BE ADMITTED TO THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF NEW YORK
_____

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern

District of New York, Kenneth Wexler                                     is hereby accepted for

☐     Admission to practice in the United States District Court for the Northern
      District of New York.

☑     Pro Hac Vice Admission to practice in the United States District Court for
      the Northern District of New York for the particular case of:

      1:21-CV-00133-TJM-CFH                                                              .

IT IS SO ORDERED.

Dated:_____

                                    _____
                                    ☐ U.S. District Judge
                                    ☐ U.S. Magistrate Judge