AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| Laurie Thomas, et. al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2021-cv-00133-TJM-CFH |
| Beech-Nut Nutrition Company | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Beech-Nut Nutrition Company.

Date:   02/26/2021

/s/ Kathleen E. McCarthy
*Attorney's signature*

Kathleen E. McCarthy (NY-2125722)
*Printed name and bar number*
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

*Address*

kmccarthy@kslaw.com
*E-mail address*

(212) 556-2345
*Telephone number*

(212) 556-2222
*FAX number*