

U.S. DISTRICT COURT – N.D. OF N.Y.

FILED

**May 28 - 2021**

AT _2_ O'CLOCK _49_ MINUTES

John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION* | Case No. 1:21-cv-00133-TJM-CFH |
| This Document Relates To:<br><br>All Actions | **STIPULATION OF THE PARTIES TO EXTEND THE TIME TO HOLD THE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER** |

IT IS HEREBY STIPULATED and agreed by and between plaintiffs in this Consolidated Action ("Plaintiffs") and Defendant Beech-Nut Nutrition Company ("Defendant") as follows:

WHEREAS, Plaintiffs in *Thomas v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00133-TJM-CFH, filed their consumer class action complaint on February 5, 2021, which was followed by filing of a number of related cases subsequently;

WHEREAS, this Court issued a Notice for a Rule 16 Conference, initially on February 5, 20201 (Dkt. 3) and then later on March 11, 20201 rescheduling the said conference on June 11, 2021 (Dkt. 53);

WHEREAS, Plaintiffs filed a Stipulation and Proposed Order to Consolidate Actions on March 16, 2021 (Docket No. 54), which the court adopted on March 19, 2021 (Dkt. 55), and which provides that Defendant shall have sixty (60) days following service of a Consolidated Complaint to answer or otherwise move with respect to the Consolidated Complaint (*id*.);

WHEREAS, a motion to transfer and consolidate all federal cases against one or more of no fewer than nine different baby-food manufacturers (or private-label retailers, as applicable),[1]

---

[1] Beech-Nut Nutrition Company; Campbell Soup Company; Gerber Products Company; Hain Celestial Group, Inc.; North Castle Partners; Nurture, Inc.; Plum, PBC; Safeway, Inc., and Walmart, Inc.

including Defendant, was filed before the Judicial Panel on Multidistrict Litigation ("JPML") on

March 8, 2021 (("MDL Motion" Dkt. 1, MDL No. 2997);

      WHEREAS, the hearing on the MDL Motion is scheduled for May 27, 2021, with a

decision on transfer and consolidation to be rendered by the JPML sometime thereafter;

      WHEREAS, Plaintiffs plan to file a Consolidated Complaint after the JPML issues a ruling,

assuming these matters are still before this Court; and

      WHEREAS, good cause exists to delay the Rule 26(f) conference and Rule 16(b)

scheduling order until such time after the Consolidated Complaint is filed.

      THEREFORE, the parties have agreed and have stipulated to ask the Court for an order

ruling that the 26(f) conference currently set for June 11, 2021, be removed from the calendar and

rescheduled to after the Consolidated Complaint is filed on such date the Court elects to set.

      **IT IS SO STIPULATED.**

Dated: May 27, 2021                 Respectfully submitted,

                                   s/ *Miles Greaves*
                                   Miles Greaves
                                   Kevin Landau
                                   **TAUS, CEBULASH & LANDAU, LLP**
                                   80 Maiden Lane, Suite 1204
                                   New York, NY 10038
                                   Tel: (212) 931-0704
                                   mgreaves@tcllaw.com
                                   klandau@tcllaw.com

                                   Daniel E. Gustafson
                                   Catherine Sung-Yun K. Smith
                                   Mary M. Nikolai
                                   **GUSTAFSON GLUEK PLLC**
                                   Canadian Pacific Plaza
                                   120 South Sixth Street, Suite 2600
                                   Minneapolis, MN 55402
                                   Tel: (612) 333-8844
                                   dgustafson@gustafsongluek.com
                                   csmith@gustafsongluek.com
                                   mnikolai@gustafsongluek.com

2

Kenneth A. Wexler
Kara A. Elgersma
**WEXLER WALLACE, LLP**
55 West Monroe, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com

Simon B. Paris
Patrick Howard
**SALTZ, MONGELUZZI, &
BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 575-3895
sparis@smbb.com
phoward@smbb.com

Attorneys for Plaintiffs in *Thomas v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-0133-TJM-CFH

*s/ Charles J. LaDuca*
Charles LaDuca
Katherine Van Dyck
C. William Frick
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Tel:(202) 789-3960
charles@cuneolaw.com
kvandyck@cuneolaw.com
bill@cuneolaw.com

**LOCKRIDGE GRINDAL NAUEN
P.L.L.P.**
Robert K. Shelquist
Rebecca A. Peterson
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com

3

**LITE DEPALMA GREENBERG, LLC**
Joseph DePalma
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
jdepalma@litedepalma.com
scruzhodge@litedepalma.com

Attorneys for Plaintiff in *Peek v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00167-TJM-ML

*/s/ Lori G. Feldman*
Lori G. Feldman, Esq. (LF-3478)
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Tel: (917) 983-9321
LFeldman@4-justice.com
E-Service: eService@4-Justice.com

David J. George, Esq.
Brittany L. Brown, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Tel: (561) 232-6002
DGeorge@4-Justice.com
E-Service: eService@4-Justice.com

Janine L. Pollack, Esq.
Michael Liskow, Esq.
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel: (917) 899-1765
jpollack@calcaterrapollack.com
mliskow@calcaterrapollack.com

Attorneys for Plaintiff in *Moore v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00183-TJM-CFH

4

*s/ Jonathan Tycko*
Jonathan K. Tycko Bar Number: 517275
Hassan A. Zavareei (*pro hac vice*)
Allison W. Parr (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW Suite 1000
Washington, DC 20036
Tel: (202) 973-0900
jtycko@tzlegal.com
hzavareei@tzlegal.com
aparr@tzlegal.com

Annick M. Persinger (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808
apersinger@tzlegal.com

Attorneys for Plaintiff in *Doyle v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00186-TJM-CFH

s/ Terry J. Kirwan, Jr.
Terry J. Kirwan, Jr.
Bar Roll #: 501821
**KIRWAN LAW FIRM, P.C.**
100 Madison Street
AXA Tower I, 15th Floor
Syracuse, New York 13202
Tel: (315) 452-2443
tkirwan@kirwanlawpc.com

Jeffrey A. Barrack
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 963-0600
jbarrack@barrack.com
Michael A. Toomey
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, NY 10036
Tel: (212) 688–0782
mtoomey@barrack.com

5

Stephen R. Basser
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Tel: (619) 230–0800
sbasser@barrack.com

John G. Emerson
**EMERSON FIRM, PLLC**
2500 Wilcrest, Suite 300
Houston, TX 77042
Tel: (800)-551-8649
jemerson@emersonfirm.com

Christopher D. Jennings
(AR Bar No. 2006306)
**JOHNSON FIRM**
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201
Tel: (501) 372-1300
chris@yourattorney.com

Attorneys for Plaintiff in *Boyd v. Beech-Nut
Nutrition Co.*, Case No. 1:21-cv-00200-
TJM-CFH

*/s/ Innessa M. Huot*
Innessa M. Huot (Bar Roll #519963)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Tel: (212) 983-9330
ihuot@faruqilaw.com
*/s/ Ian W. Sloss*
Ian W. Sloss
Steven L. Bloch
Zachary Rynar
**SILVER GOLUB & TEITELL LLP**
184 Atlantic Street
Stamford, CT 06901
Tel: (203) 325-4491
isloss@sgtlaw.com
sbloch@sgtlaw.com
zrynar@sgtlaw.com

6

Joseph P. Guglielmo
Erin G. Comite
Sean T. Masson
**SCOTT+SCOTT ATTORNEYS AT LAW
LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
smasson@scott-scott.com

Attorneys for Plaintiffs in *Cantor v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00213-TJM-CFH

/s/ Jason P. Sultzer
Jason P. Sultzer
Joseph Lipari
Daniel Markowitz
Mindy Dolgoff
**THE SULTZER LAWGROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100

Michael R. Reese
Sue J. Nam
Carlos F. Ramirez
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500

James R. Peluso
**DREYER BOYAJIAN LLP**
75 Columbia Street
Albany, New York 12210
Tel: (518) 463-7784

Attorneys for Plaintiff in *Motherway v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00229-TJM-CFH

*/s/ Gary E. Mason*
Gary E. Mason

7

David K. Lietz
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Tel: (202) 429-2990
gmason@masonllp.com
dlietz@masonllp.com

Jonathan Shub
Kevin Laukaitis
**SHUB LAW FIRM LLC**
134 Kings Highway East, 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

Charles E. Schaffer
David C. Magagna Jr.
**LEVIN, SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

Jeffrey S. Goldenberg
**GOLDENBERG SCHNEIDER L.P.A.**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
jgoldenberg@gs-legal.com

Gary M. Klinger
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (202) 429-2290
gklinger@masonllp.com
Attorneys for Plaintiff in *Henry v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00227-TJM-CFH

*/s/Spencer Sheehan*
Spencer Sheehan
**SHEEHAN & ASSOCIATES, P.C.**
60 Cutter Mill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080

8

spencer@spencersheehan.com

Attorney for Plaintiff in *Gancarz v. Beech-Nut Nutrition Co.*, Case 1:21-cv-00258-TJM-CFH

/s/ *Gary S. Graifman*
Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
Tel: 845-356-2570
ggraifman@kgglaw.com

Melissa R. Emert
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, New York 10977
Tel: 845-356-2570
memert@kgglaw.com

Attorneys for Plaintiff in *Smiley v. Beech-Nut Nutrition Co.*, Case 1:21-cv-00271-TJM-CFH

s/ *Kevin Landau*
Kevin Landau
Miles Greaves
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (212) 931-0704

Marc H. Edelson
EDELSON LECHTZIN
LLP 3 Terry Drive, Suite 205
Newtown, PA 18940
Tel: 215-867-2399
Medelson@edelson-law.com

Joshua H. Grabar
GRABAR LAW OFFICE One Liberty Place
1650 Market
Street, Suite 3600
Philadelphia, PA 19103

Tel: (267) 507-6085
Fax: (267) 507-6048
Jgrabar@grabarlaw.com

Attorneys for Plaintiffs in *Henry v. Beech-Nut Nutrition Co.*, Case 1:21-cv-00285-TJM-CFH

*/s/ Gary F. Lynch*
Gary F. Lynch
**CARLSON LYNCH LLP**
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Tel. 412-322-9243
Fax: 412-231-0246
glynch@carlsonlynch.com

**CARLSON LYNCH LLP**
Todd D. Carpenter
Scott G. Braden
1350 Columbia St., Ste. 603
San Diego, CA 92101
Tel.: 619-762-1900
Fax: 619-756-6991
tcarpenter@carlsonlynch.com
sbraden@carlsonlynch.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
Michael A. Tompkins
Brett R. Cohen
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: 516-873-9550
jbrownl@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com

Attorneys for Plaintiffs in *Wilson v. Beech-Nut Nutrition Co.*, Case 1:21-cv-00334-TJM-CFH

*/s/ Roy T. Willey IV*
Roy T. Willey, IV (701818)
Eric M. Poulin (701819)
Blake G. Abbott (702408)
**ANASTOPOULO LAW FIRM LLC**
32 Ann Street
Charleston, SC 29403

Tel: (843) 614-8888
Fax: (843) 494-5536
roy@akimlawfirm.com
eric@akimlawfirm.com
blake@akimlawfirm.com

Attorneys for Plaintiffs in *Douglas v. Beech-Nut Nutrition Co.*, Case 1:21-cv-00511-TJM-CFH

s/ Joseph P. Guglielmo
Joseph P. Guglielmo (pro hac vice)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
jguglielmo@scott-scott.com

Attorney for Plaintiffs in *Loggins v. Beech-Nut Nutrition Co.*, Case 1:21-cv-00483

By: */s/ Livia M. Kiser*
Livia M. Kiser (*pro hac vice*)

**KING & SPALDING LLP**
Kathleen E. McCarthy
Attorney Bar No.: 2125722
1185 Avenue of the Americas
New York, NY 10036
Phone: 212-556-2345
Fax: 212-556-2222
kmccarthy@kslaw.com

Livia M. Kiser
110 N. Wacker Drive
Suite 3800
Chicago, Illinois 60606
Phone:  312-995-6333
Fax:  312-995-6330
lkiser@kslaw.com

*Attorneys for Defendant Beech-Nut Nutrition Co.*

11

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _May 28, 2021_

Christian F. Hummel
U.S. Magistrate Judge