# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION* <br><br> This Document Relates to: <br><br> 1:21-cv-00271-TJM-CFH *(Smiley)* | **Master File No. 1:21-cv-00133-TJM-CFH** |

## MOTION FOR LIMITED APPEARANCE – PRO HAC VICE

Pursuant to Rule 83.1 of the Local Rules of the United States District Court for the Northern District of New York, I, Gary S. Graifman, hereby move this court for an Order for the admission of Gayle M. Blatt to practice *pro hac vice* to appear and participate as co-counsel in this case for Plaintiff Atahsia Smiley. This motion is supported by the attached Declaration of Sponsor and Applicant's accompanying Petition for Admission to Practice, Attorney E-Filing Registration Form, Oath on Admission, and Certificate of Good Standing.

Furthermore, Petitioner is in good standing of the bar of the State of California and there are no pending disciplinary proceedings against her in any state or federal court.

Dated: June 21, 2021

Gary S. Graifman
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
(845) 356-2570
ggraifman@kgglaw.com

***Attorney for Plaintiff Atahsia Smiley***