# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION* <br><br> This Document Relates to: <br><br> 1:21-cv-0722-TJM-CFH (*Orsak*) | Master File No. 1:21-cv-00133-TJM-CFH <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Courtney E. Maccarone of Levi & Korsinsky LLP, hereby enters her appearance as counsel of record on behalf of Plaintiffs Emily Orsak and Julie Chatagnier in the above-captioned action.

It is respectfully requested that any future Notices of Electronic Filing related to this case be forwarded to Courtney E. Maccarone at cmaccarone@zlk.com.

Dated:  July 13, 2021                    Respectfully submitted,

*/s/ Courtney E. Maccarone*
Courtney E. Maccarone (admitted *pro hac vice*)
**LEVI & KORSINSKY LLP**
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: cmaccarone@zlk.com

*Attorney for Plaintiffs Orsak and Chatagnier*