UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION<br><br>This Document Relates to:<br><br>*Rose et al. v. Beech-Nut Nutrition Company*, Case No. 1:21-CV-00789-TJM-CFH | Master File No. 1:21-CV-00133-TJM-CFH |

**PLEASE TAKE NOTICE** that Rosemary M. Rivas of Gibbs Law Group LLP, hereby enters her appearance as counsel of record on behalf of Plaintiffs Alyssa Rose, Myjorie Philippe, Vanessa Inoa, and Melissa Sisk in the above-captioned action.

It is respectfully requested that any future Notices of Electronic Filing related to this case be forwarded to Rosemary M. Rivas at rmr@classlawgroup.com

DATED: July 21, 2021    Respectfully submitted,

/s/ Rosemary M. Rivas
Rosemary M. Rivas (*Pro Hac Vice*)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9700
Fax: (510) 350-9701
Email: rmr@classlawgroup.com

*Attorney for Plaintiffs Alyssa Rose, Myjorie Philippe, Vanessa Inoa, and Melissa Sisk*