UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Master File No. 1:21-CV-00133-TJM-CFH |

**NOTICE OF MOTION AND MOTION FOR APPOINMENT OF GIBBS LAW GROUP LLP, LABATON SUCHAROW LLP, E. STEWART JONES HACKER MURPHY LLP, AND POLLOCK COHEN LLP AS INTERIM CLASS COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 23(g) and the Court's order of June 24, 2021, Plaintiffs Asyia Andrews, Alyssa Rose, Myjorie Philippe, Vanessa Inoa, and Melissa Sisk ("Andrews Plaintiffs") hereby move to appoint Gibbs Law Group LLP, Labaton Sucharow LLP, E. Stewart Jones Hacker Murphy LLP, and Pollock Cohen LLP as Interim Class Counsel, with Gibbs Law Group LLP and Labaton Sucharow LLP serving as Interim Co-Lead Class Counsel and E. Stewart Jones Hacker Murphy LLP serving as Interim Liaison Counsel.

A pre-motion conference was held on June 24, 2021 with Magistrate Judge Christian F.

Hummel.

The Motion is based on the accompanying Memorandum of Law, the accompanying Declarations of James E. Hacker, Rosemary M. Rivas, Michael P. Canty, and Christopher K. Leung and the exhibits thereto, and any other such papers submitted to the Court before or at a hearing on the Motion.

Dated:  July 22, 2021                              Respectfully submitted,

                                  **E. STEWART JONES HACKER MURPHY LLP**

                           By: /s/ James E. Hacker
                              James E. Hacker
                              Randolph F. Treece
                              Julie A. Nociolo
                              28 Second Street
                              Troy, NY 12180
                              Telephone: (518) 730-7270
                              Email: jhacker@joneshacker.com
                              Email: rtreece@joneshacker.com
                              Email: jnociolo@joneshacker.com

                              Rosemary M. Rivas (admitted *pro hac vice*)
                              Mark Troutman* (admitted *pro hac vice*)
                              Rosanne L. Mah (admitted *pro hac vice*)
                              **GIBBS LAW GROUP LLP**
                              505 14th Street, Suite 110
                              Oakland, California 94612
                              Telephone: (510) 350-9700
                              Facsimile: (510) 350-9701
                              Email: rmr@classlawgroup.com
                              Email: mht@classlawgroup.com
                              Email: rlm@classlawgroup.com
                              *working from Ohio office

                              Michael P. Canty (admission pending)
                              Carol C. Villegas (admission pending)
                              **LABATON SUCHAROW LLP**
                              140 Broadway New York, NY 10005
                              Tel: (212) 907-0700
                              Fax: (212) 818-0477
                              Email: mcanty@labaton.com

Email: cvillegas@labaton.com

Christopher K. Leung (*pro hac vice* forthcoming)
Max E. Rodriguez (*pro hac vice* forthcoming)
Alison Borochoff-Porte (*pro hac vice* forthcoming)
**POLLOCK COHEN LLP**
60 Broad St., 24th Fl.
New York, NY 10004
Telephone: (917) 985-3995
Email: Chris@PollockCohen.com
Email: MRodriguez@PollockCohen.com
Email: Alison@pollockCohen.com

*Attorneys for Plaintiffs and the Proposed Class Members*