**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 1:21-CV-00133-TJM-CFH |

**NOTICE OF MOTION FOR APPOINTMENT OF ERIN GREEN COMITE AND STEVEN L. BLOCH AS CO-LEAD CLASS COUNSEL AND FOR APPOINTMENT OF A PLAINTIFFS' STEERING COMMITTEE PURSUANT TO FED. R. CIV. R. 23(g)**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, declaration, and exhibits thereto, Plaintiffs[1] will and do hereby move this Court before the Honorable Magistrate Judge Christian F. Hummel, at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207, at a time and date to be set by the Court for an Order for the appointment of Erin Green Comite and Steven L. Bloch as Co-Lead Class Counsel and for the appointment of a Plaintiffs' Steering Committee.

Pursuant to the Court's Order dated June 25, 2021 [Dkt. 92], the following briefing schedule shall apply to this motion: Motion papers are due by July 22, 2021; Response papers are due by August 13, 2021.

Dated: July 22, 2021

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
By: *s/ Erin Green Comite*
Erin Green Comite (EC-5096)
156 S. Main St., P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com

---

[1]     The moving Plaintiffs are identified in the attached addendum.

Joseph P. Guglielmo
Sean T. Masson
The Helmsley Building
230 Park Ave., 17th Floor
New York, N.Y. 10169
Telephone: (212) 223-6334
Facsimile: (212) 223-6444
jguglielmo@scott-scott.com
smasson@scott-scott.com

Steven L. Bloch
Ian W. Sloss
Zachary Rynar
**SILVER GOLUB & TEITELL LLP**
184 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 325-4491
Fax: (203) 325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com
zrynar@sgtlaw.com

Timothy J. Peter
**FARUQI & FARUQI, LLP**
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Tel.: (267) 536-2145
Fax: (215) 277-5771
tpeter@faruqilaw.com

Melissa Ryan Clark
**FEGAN SCOTT LLC**
140 Broadway, 46th Floor
New York, NY 10005
Phone: (347) 353-1150
Fax: (312) 264-0100
melissa@feganscott.com

Elizabeth Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Dr
Suite 24th Floor
Chicago, IL 60606
Tel.: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

Aaron M. Zigler
**ZIGLER LAW GROUP, LLC**
308 S. Jefferson Street
Suite 333
Chicago, IL 60661
Tel: (312) 673-8427
aaron@ziglerlawgroup.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on July 22, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

<u>*s/ Erin G. Comite*</u>
Erin Green Comite

## Addendum: List of Plaintiffs

Jeremy Cantor, Ashley Allen, Dominick Grossi, Anthony Harrison, Heather Hyden, Haley Sams, and Vito Scarola, the named plaintiffs in *Cantor, et al. v. Beech-Nut Nutrition Company*, 1:21-cv-00213;

Jessica Loggins, the named plaintiff in *Loggins v. Beech-Nut Nutrition Company*, 1:21-cv-00483;

Ana Lynette Gregory Eldridge, the named plaintiff in *Eldridge v. Beech-Nut Nutrition Company*, 1:21-cv-00283; and

Rebecca Abbott, Erin Abdoo, Krystal Leigh Anderson, Angela Arrowsmith, Megan Ashley, Elizabeth Austin, Alyssa Megan Barb, Miriah Barbero, Lindsay Barr, Grisel Barreto, Courtney Barron, Ashley Baxter, Brittany Bennett, Julie Blakeley, Kelsey Blankenship, Melissa Bloomquist-Smith, Cristen Boles, Amanda Boots, Olivia Boyer, Amanda Bratton, Crystal Brinig, Augustina Briones, Nicole Brisky, Cheyenne Browning, Celia Bruno, Ana Butkus, Serenitey Carlin, Mayelin Carranza, Anna Chase, Sheral Shah Chheda, Samantha Clark, Victoria Coker, Melanie Cole, Jen Comeau, Kimberly Conway, Adrianne Cooper, Michelle Corbett, Angela Cox, Elaine Cryer, Kaley Deford, Chelzy Desvigne, Brittany Distaso, Alycia Donovan, Alana Doyeto, Jessica Durrett, Sudipta Dutta, Natalya Dzyuba, Samantha Edwards, Amanda Fincannon, Theresa Marie Fintonis, Ayame Tatiana Galassini, Marcela García, Angela Gardner, Carissa Geloso, Shelby Geraci, Arundeep Kanwar Guraya, Charita Harrell, Gabrielle Harrison, Debbie Hawkins, Shannon Herrington, Amanda Hobbs-Rogers, Sammi Hobdy, Shaylan Isaacs, Jasmine Jackson, Yuhwa Jang, Olivia Johnson, Rebecca N. Keeton, Heather A. Key, Sara Kilburn, Sarah Knaapen, Rachel Knudson, Sarah Kohn, Karleen Kozaczka, Rachael Kruup, Deana Linegar, April Lockhart, Andrew Lohse, Lori Ann Louis, Samantha Lui, Elina Mahmens, Brittany Martin, Marquetta Matthews, Elizabeth A. Mcdowell, Kali Mcglinch, Latoya A. Mchenry, Lori-Ann Mckenzie-Henry, Janice Taina Mercado Guadalupe, Renee Milline, Loukevia Moore, Amanda Gambrell Morency, Andrea Mozo, Tabitha Mullinax, Stephanie Norgaard, Leah M. Ostapchenko, Corinthea Pangelinan, Robert Partello, Melinda Pass, Krishna Patel, Mia Pelletier, Karina Pena, Tina Marie Perez, Maurice Carlos Petetson, Ashley Pierce, Ali Plier-Lopez, Holly Plotts, Janinne E. Price, Sarah Ridings, Maggie Rouse, Tiffany Salazar, Bridget Salopek, Christina Salyers, Sheena Sanders, Lea Santos, Amanda Schram, Brenda Schroeder, Cat Searle, Cheryl Elaine Smith, Kinder Smith, Abby Sondall, Kirsten South, Christine Steele, Abby Stratton, Rachel Stratton, Ashley Swenningson, Kyla C Talley, Margo Tezeno, Shiloh Thomas, Katrina Thomas, Rhianna Thornton, Casey Tisdale, Dillon Townzen, Rachael Treetop, Emma Trolinder, Megan Troyer, Sonja Renée Twiggs, Brittany (Dutton) Wallace, Monique Warren, Beverly Watkins, Jennifer Kay Watts, Natalie Williams, Acacia Wilson, Amber Wright, Retrena Younge, and Charisse Zapata, the named plaintiffs in *Abbott, et al. v. Beech-Nut Nutrition Company*, 1:21-cv-00822-TJM-CFH.