## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 1:21-CV-00133-TJM-CFH |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2021, pursuant to Fed. R. Civ. P. 23(g), upon consideration of the Motion for Appointment of Erin Green Comite and Steven L. Bloch as Co-Lead Class Counsel and for Appointment of a Plaintiffs' Steering Committee Pursuant to Fed. R. Civ. P. 23(g), and for good cause shown, it is hereby **ORDERED** as follows:

(1)    The following attorneys, and their associated law firms, shall serve as Co-Lead Class Counsel in the above-captioned action:

> Erin Green Comite
> **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
> 156 S. Main St., P.O. Box 192
> Colchester, CT 06415
> Tel.: (860) 537-5537
> Fax: (860) 537-4432
> ecomite@scott-scott.com

> Steven L. Bloch
> **SILVER GOLUB & TEITELL LLP**
> 184 Atlantic Street
> Stamford, CT 06901
> Tel.: (203) 325-4491
> Fax: (203) 325-3769
> sbloch@sgtlaw.com

(2)    The following attorneys, and their associated law firms, shall serve as members of the Plaintiffs' Steering Committee in the above-captioned action:

> Timothy Peter
> **FARUQI & FARUQI, LLP**

1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Tel.: (267) 536-2145
Fax: (215) 277-5771
tpeter@faruqilaw.com

Melissa Ryan Clark
**FEGAN SCOTT LLC**
140 Broadway, 46th Floor
New York, NY 10005
Tel.: (347) 353-1150
Fax: (312) 264-0100
melissa@feganscott.com

Aaron M. Zigler
**ZIGLER LAW GROUP, LLC**
308 S. Jefferson Street
Suite 333
Chicago, IL 60661
Tel.: (312) 673-8427
aaron@ziglerlawgroup.com

(3)     Co-Lead Class Counsel, in conjunction with the Plaintiffs' Steering Committee,

shall have the following responsibilities during each stage of the action:

(a)     General coordination of the effort of preparing and presenting all of
Plaintiffs' claims in the above-captioned action, including, but not limited
not, overseeing the efforts of Plaintiffs' counsel so that all motion practice
and pretrial discovery is conducted as effectively and efficiently as
possible;

(b)     Delegating work responsibilities and tasks to all Plaintiffs' counsel in the
above-captioned action in such a manner as to promote the most efficient
conduct possible as well as avoiding redundancies and unnecessary
expense;

(c)     Directing and executing on behalf of Plaintiffs the filing of pleadings and
other documents with the Court in the above-captioned action;

(d)     Arranging telephonic or in-person meetings with Plaintiffs' counsel in the
above-captioned action for any purpose related to this litigation;

(e)     Deciding the substance and form (with consultation with members of the
PSC and other co-counsel as may be appropriate) of any presentation to
the Court and opposing parties the position of the Plaintiffs in the above-

captioned action on all matters arising during the course of this litigation (*i.e.* serving as the representative for all Plaintiffs when engaging with the Court or any party in the above-captioned action;

(f)    Making appearances and speaking on behalf of Plaintiffs in the above-captioned action at all court hearings and conferences regarding the case;

(g)    Communicating with the Court, Judge's chambers, and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and disseminating the substance of such communications among Plaintiffs' counsel in the above-captioned action;

(h)    Initiating and conducting discussions and negotiations with counsel for Defendant on all matters, including mediation or settlement; including, but not limited to entering into stipulations with counsel for Defendant when necessary;

(i)    Confirming that all Plaintiffs' counsel in the above-captioned action are operating in a speedy and cost-effective manner on behalf Plaintiffs;

(j)    Assessing Plaintiffs' counsel for the costs of the above-captioned action;

(k)    Preparing and distributing any status reports to the Court and to the parties as ordered;

(l)    Recommending appropriate practices and procedures pertaining to attorneys' fees and expenses for the Court, and continually enforcing those;

(m)    Initiating, coordinating, and conducting all discovery on behalf of Plaintiffs in the above-captioned action, including the selecting and retention of experts for Plaintiffs as necessary; and

(n)    Performing any such other duties that may be further directed by the Court.


**SO ORDERED:**


_____
    Christian F. Hummel, U.S.M.J.