UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 1:21-CV-00133-TJM-CFH |

### DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF MOTION FOR APPOINTMENT OF ERIN GREEN COMITE AND STEVEN L. BLOCH AS CO-LEAD CLASS COUNSEL AND FOR APPOINTMENT OF A PLAINTIFFS' STEERING COMMITTEE

I, Erin Green Comite, declare as follows:

1. I am a partner at the law firm of Scott+Scott Attorneys at Law LLP, which represents Plaintiffs Jeremy Cantor, Ashley Allen, Dominick Grossi, Anthony Harrison, Heather Hyden, Haley Sams, Vito Scarola, Jessica Loggins, Ana Lynette Gregory Eldridge, Rebecca Abbott, Erin Abdoo, Krystal Leigh Anderson, Angela Arrowsmith, Megan Ashley, Elizabeth Austin, Alyssa Megan Barb, Miriah Barbero, Lindsay Barr, Grisel Barreto, Courtney Barron, Ashley Baxter, Brittany Bennett, Julie Blakeley, Kelsey Blankenship, Melissa Bloomquist-Smith, Cristen Boles, Amanda Boots, Olivia Boyer, Amanda Bratton, Crystal Brinig, Augustina Briones, Nicole Brisky, Cheyenne Browning, Celia Bruno, Ana Butkus, Serenitey Carlin, Mayelin Carranza, Anna Chase, Sheral Shah Chheda, Samantha Clark, Victoria Coker, Melanie Cole, Jen Comeau, Kimberly Conway, Adrianne Cooper, Michelle Corbett, Angela Cox, Elaine Cryer, Kaley Deford, Chelzy Desvigne, Brittany Distaso, Alycia Donovan, Alana Doyeto, Jessica Durrett, Sudipta Dutta, Natalya Dzyuba, Samantha Edwards, Amanda Fincannon, Theresa Marie Fintonis, Ayame Tatiana Galassini, Marcela García, Angela Gardner, Carissa Geloso, Shelby Geraci, Arundeep Kanwar Guraya, Charita Harrell, Gabrielle Harrison, Debbie Hawkins, Shannon Herrington, Amanda Hobbs-Rogers, Sammi Hobdy, Shaylan Isaacs, Jasmine

Jackson, Yuhwa Jang, Olivia Johnson, Rebecca N. Keeton, Heather A. Key, Sara Kilburn, Sarah Knaapen, Rachel Knudson, Sarah Kohn, Karleen Kozaczka, Rachael Kruup, Deana Linegar, April Lockhart, Andrew Lohse, Lori Ann Louis, Samantha Lui, Elina Mahmens, Brittany Martin, Marquetta Matthews, Elizabeth A. Mcdowell, Kali Mcglinch, Latoya A. Mchenry, Lori-Ann Mckenzie-Henry, Janice Taina Mercado Guadalupe, Renee Milline, Loukevia Moore, Amanda Gambrell Morency, Andrea Mozo, Tabitha Mullinax, Stephanie Norgaard, Leah M. Ostapchenko, Corinthea Pangelinan, Robert Partello, Melinda Pass, Krishna Patel, Mia Pelletier, Karina Pena, Tina Marie Perez, Maurice Carlos Petetson, Ashley Pierce, Ali Pliler-Lopez, Holly Plotts, Janinne E. Price, Sarah Ridings, Maggie Rouse, Tiffany Salazar, Bridget Salopek, Christina Salyers, Sheena Sanders, Lea Santos, Amanda Schram, Brenda Schroeder, Cat Searle, Cheryl Elaine Smith, Kinder Smith, Abby Sondall, Kirsten South, Christine Steele, Abby Stratton, Rachel Stratton, Ashley Swenningson, Kyla C Talley, Margo Tezeno, Shiloh Thomas, Katrina Thomas, Rhianna Thornton, Casey Tisdale, Dillon Townzen, Rachael Treetop, Emma Trolinder, Megan Troyer, Sonja Renée Twiggs, Brittany (Dutton) Wallace, Monique Warren, Beverly Watkins, Jennifer Kay Watts, Natalie Williams, Acacia Wilson, Amber Wright, Retrena Younge, and Charisse Zapata.  I am admitted to practice in this Court.  I have personal knowledge of the matters stated herein.  If called as a witness, I could, and would, competently testify to the matters stated herein.  This declaration is submitted in support of the Motion for Appointment of Erin Green Comite and Steven L. Bloch as Co-Lead Class Counsel and for Appointment of a Plaintiffs' Steering Committee Pursuant to Fed. R. Civ. P. 23(g).

2. Attached as **Exhibit A** is a true and correct copy of Scott+Scott Attorneys at Law LLP's law firm bio and resume.

3. Attached as **Exhibit B** is a true and correct copy of Silver Golub & Teitell's law firm bio and resume.

4. Attached as **Exhibit C** is a true and correct copy of Faruqi & Faruqi's law firm bio and resume.

5. Attached as **Exhibit D** is a true and correct copy of Fegan Scott LLC's law firm bio and resume.

6. Attached as **Exhibit E** is a true and correct copy of Zigler Law Group LLC's law firm bio and resume.

Dated: July 22, 2021           *s/ Erin Green Comite*
Erin Green Comite (EC-5096)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St., P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com