# EXHIBIT D

![feganscott]

# FeganScott LLC Firm Resume

FeganScott LLC is a nationwide class-action law firm dedicated to helping victims of consumer fraud, antitrust violations, toxic torts, sexual abuse, and discrimination and addressing community-driven legal needs. Established in 2019 and growing at a quick, but concerted, pace, the firm has offices in Chicago, New York, Pittsburgh, Washington, D.C., and San Diego.

Built on core values of justice, integrity, and excellence, FeganScott isn't simply another law firm. It's a passionate group of skilled lawyers who put clients first – fighting to impose accountability and enact global change. With the success of founder Elizabeth A. Fegan and experience of seasoned civil and commercial trial attorney Timothy A. Scott, the firm's legal industry veterans have recovered more than $1 billion for clients. More information regarding the firm and its current cases can be found at www.feganscott.com.

## Attorney Biographies

### Elizabeth A. Fegan (Chicago)



Founder and Managing Member Elizabeth Fegan fights for victims of sexual abuse, discrimination, consumer fraud, antitrust violations, toxic torts, and other offenses. In 25 years practicing law, Beth has recovered more than $1 billion for her clients nationwide.

Beth is on the vanguard in the legal battles surrounding sexual assault, abuse and harassment. In addition to working on the front lines of the #MeToo and #TimesUp movements, Beth has successfully led antitrust, consumer protection, and commercial class actions. Several examples follow:

- *NCAA Student-Athlete Concussions* (N.D. Ill.): Beth prosecuted class claims against the NCAA for negligence due to lack of an enforceable concussion management protocol. Result: Settlement providing for the implementation of protocols that meet best practices, and the establishment of a $75 million, 50-year medical monitoring program for all current and former student-athletes.

- *Multi-Year Grants-in-Aid (athletic scholarships)* (S.D. Ind.): in a series of antitrust class actions, Beth prosecuted antitrust claims against the NCAA based on the prohibition of multi-year GIAs which, together with caps on the number of GIAs per team, worked to the detriment of student-athletes. Result: the NCAA lifted the ban on multi-year GIAs.

- *USC Student Health Center Sexual Abuse* (C.D. Cal.)*:* in this Title IX and negligence action for sexual abuse by a university gynecologist of thousands of students, Beth was part of the lead counsel team for the nationwide class. The parties reached a $240 million settlement, which received final approval in 2020.

- *Senior annuities consumer protection class actions*: In a series of class actions against insurance companies that sold equity-indexed deferred annuities that targeted, but were inappropriate for, senior citizens, Beth was appointed to lead counsel and executive committee positions. These cases led to numerous settlements, *e.g.*, American Equity Senior Annuities Fraud (C.D. Cal.) ($129 million settlement) and Midland Senior Annuities Fraud (C.D. Cal.) ($79.5 million settlement).

- *Baby Products Antitrust* (E.D. Pa.): As co-lead counsel for a class of consumers overcharged for high-end baby products (e.g., strollers, highchairs) as the result of a price-fixing conspiracy between Babies 'R Us and baby product manufacturers, Beth and the team achieved a $35 million settlement after class certification was granted, summary judgment denied, and on the eve of trial.

- *In re Stericycle, Inc., Sterisafe Contract Litig*. (N.D. Ill.): As local counsel and part of the lead counsel team, Beth prosecuted this breach of contract class action on behalf of customers whose subscription charges were increased without approval over time. The $295 million settlement received final approval in 2018.

- *Pre-Filled Propane Tank Marketing and Sales Practices* (W.D. Mo.): As co-lead counsel for a class of consumers who purchased propane tanks for barbecues, Beth prosecuted this antitrust class action against the two dominant manufacturers who engaged in price fixing. The case settled for a $35 million common fund.

- *Nexium Pharmaceutical Antitrust Fraud* (Mass.): After class certification, Beth was appointed to the lead trial team to try antitrust claims on behalf of Massachusetts payors for Nexium. This single-state case settled the night before trial for $20 million.

Beth also fights for women in her own profession. She authored "An Opportunity or Landmine: Promoting Gender Diversity From The Bench" (The Federal Lawyer, May 2016) and participated in The Duke Judicial Law Center's Distinguished Lawyers conference on "Guidelines and Best Practices Addressing Chronic Failure to Diversify Leadership Positions in the Practice of Law."

Prior to founding FeganScott, Beth launched the Chicago office of Hagens Berman Sobol Shapiro, where she grew the firm significantly during her 15 years of leadership as managing partner.



Before that, she was partner at The Wexler Firm in Chicago, where she launched her plaintiffs'-side career as interim managing partner.

Additionally, as an associate at Shefsky & Froelich in Chicago, Beth served in several local government appointments, including positions as special assistant corporation counsel to the City of Chicago, the Chicago Park District and the Public Building Commission of Chicago. She also served on special master teams in federal and state court class actions, including with the Hon. Wayne Andersen (ret.), Northern District of Illinois. From 2001-2004, Beth taught legal writing at her alma mater, Loyola University Chicago School of Law.

### Timothy A. Scott (Chicago)



Timothy Scott is a founding member of FeganScott with more than two decades of experience. He has advocated on behalf of a wide range of clients, from individuals in catastrophic personal injury cases to classes of consumers and corporate defendants in highly complex, multi-district litigation.

As a partner, Tim serves many corporate clients in commercial litigation matters involving breaches of contracts, deceptive business practices, defaults in financing and security agreements, and breaches of representations and warranties.

Tim has extensive experience in class action litigation including cases involving antitrust and consumer fraud, often serving as lead or co-lead counsel in these complex cases.

### Brooke A. Achua (New York)



Brooke Achua is an Associate with FeganScott specializing in complex civil litigation. She has experience representing both plaintiffs and defendants in class action claims, deceptive product labeling litigation, antitrust suits, and consumer protection cases.

As a former attorney at Robins Kaplan, Brooke has managed electronic discovery in cybersecurity actions, defended small-business owners from a variety of breach of contract claims, and propelled class certification forward through her effective representation of a class of merchants



in a price-fixing suit. In all areas, Brooke uses her technical experience and creative problem-solving skills to arrive at legal solutions that best serve the needs of her clients.

Brooke is active in the legal community, including as a member of the American Association for Justice and the Metropolitan Black Bar Association. She previously served as an At-Large Director of the Minnesota Association of Black Lawyers and gained valuable insight into the federal judiciary as an extern for the Honorable Michael J. Davis of the U.S. District Court for the District of Minnesota.

Brooke earned her Juris Doctor from Mitchell Hamline School of Law in St. Paul, Minnesota where she graduated *cum laude* and received recognition for her dedication to pro bono work. In law school, Brooke served as the President of the Mitchell Hamline Black Law Student Association, earning her the Judge Pamela G. Alexander Scholarship on behalf of the Minnesota Association of Black Lawyers. Before law school, Ms. Achua solidified her commitment to serving traditionally underrepresented communities through her work as a Congressional Intern to then-Congressman Keith Ellison.

Brooke is licensed in New York and Minnesota.

## Melissa Ryan Clark (New York)



Melissa Ryan Clark, Of Counsel at FeganScott, has spent her entire career representing plaintiffs in class action and complex litigation. She is a dedicated and dynamic attorney, with a reputation for streamlining complex issues to achieve the best results for her clients as efficiently as possible.

Melissa has a broad range of class action experience, having represented consumers in data privacy, data breach, and consumer fraud cases against data and tech giants like Facebook, Inc., Google, Apple, Inc., Equifax Inc., and RCN Corp., as well as corporations in other industries, such as Wendy's International, LLC. Melissa also has a strong background in securities fraud litigation and has represented investors in class actions against publicly traded companies like ARIAD Pharmaceuticals, Inc. and Virgin Mobile USA.

In addition to her class action work, Melissa has represented businesses and municipalities in complex commercial litigation. She has represented an alternative energy company in an accounting negligence case against PricewaterhouseCoopers, a foreign investment fund in an action against Fidelity National Title Insurance Company, and municipalities in Fair Housing Act litigation against Wells Fargo, HSBC, and Bank of America



Melissa has also been recognized for her experience and skill in spearheading discovery in complex matters. She was part of the court-appointed teams that oversaw offensive discovery and ESI issues in *In re Apple, Inc. Device Performance Litigation* (N.D. Cal.) and *In re Equifax, Inc. Customer Data Breach Litigation* (N.D. Ga.). In early 2020, Legal 500 named her a "Next Generation Partner" in eDiscovery. Melissa was one of only three lawyers — and the only plaintiffs' attorney — to receive this honor.

Prior to joining FeganScott in June 2020, Melissa was a partner at a boutique litigation firm in New York and at Milberg, a national class action firm. Before that, she was an associate for a securities litigation firm in its New York, NY and New Orleans, LA offices.

Melissa earned her Juris Doctor from Tulane University Law School, where she was on the Moot Court Board and served as a Senior Fellow for Legal Research and Writing. She also attended UC Berkeley Law School where she was on the *California Law Review* and received High Honors in Securities and Class Action Litigation. She earned her Bachelor of Science in International Affairs from Florida State University, where she was a Florida Academic Scholar and completed the "Degree in Three" program.

During law school, Melissa completed judicial externships with the Honorable Jerry Brown, Chief Judge of the United States Bankruptcy Court, Eastern District of Louisiana and the Honorable Jay C. Zainey of the United States District Court, Eastern District of Louisiana. She was also a faculty writing instructor at Tulane University's Freeman School of Business and completed a summer clerkship with the San Francisco District Attorney's Office under then-District Attorney Kamala Harris.

Crain's New York Business named Melissa among "Notable Women in Law 2021." *Benchmark Litigation* has twice named Melissa to the "40 & Under Hot List." She was recognized by *The Legal 500* as a "Next Generation Partner" and "Recommended Lawyer" in Dispute Resolution: e-Discovery. And she has been named to the New York *Super Lawyers* "Rising Stars" list each year since 2011.

**CASE HIGHLIGHTS**

- *In re Apple, Inc. Device Performance Litigation* (N.D. Cal.): Oversaw offensive discovery and ESI issues alongside the discovery committee co-chair and lead counsel in this 50-state class action stemming from Apple's alleged throttling of its iPhone devices.



- *In re Equifax, Inc. Customer Data Breach Litigation* (N.D. Ga.): Served as an integral member of the team overseeing offensive discovery and ESI issues in this nationwide data-breach class action.

- *Torres, et al, v. Wendy's International, LLC* (M.D. Fl.): Served as class counsel in this nationwide data breach class action. The parties reached a $3.4 million settlement.

- *In re ARIAD Pharm., Inc. Sec. Litig.* (D. Mass.): Co-lead counsel in this securities class action against a publicly traded pharmaceutical company. Led briefing that resulted in First Circuit's reversal of the district court's dismissal. The parties subsequently reached a $3.5 million settlement.

- *Ener1 v. PricewaterhouseCoopers*: Successfully represented a formerly public alternative energy company against PricewaterhouseCoopers in an accounting negligence case. Achieved a substantial confidential settlement.

## Lynn A. Ellenberger (Pittsburgh)



Throughout her career, Lynn A. Ellenberger, Of Counsel at FeganScott, has challenged violations of civil and constitutional rights. At FeganScott, she fights for victims of sexual abuse and harassment, demands accountability for consumers injured or defrauded by large corporations, and represents individuals alleging employment discrimination and other civil rights violations. She also represents criminal defendants challenging their convictions in federal habeas corpus proceedings and appeals.

Before establishing FeganScott's Pittsburgh office, Lynn was an Assistant Federal Public Defender in the Western District of Pennsylvania. She represented clients on death row and those serving near-life prison sentences. She obtained one client's release from prison after serving 28-years for an unconstitutional conviction. Her former client is on the National Registry of Exonerations. She also succeeded in overturning a death sentence for an intellectually disabled client and reversing a death sentence of a profoundly mentally ill client. Then and now, Lynn's passion to provide skilled legal representation to those unable to afford it has resulted in life-changing victories for her clients.

Prior to serving as an Assistant Federal Public Defender, Lynn was a partner at the Chicago law firm of Shefsky & Froelich where she represented businesses and governmental agencies in trial



and appellate proceedings. After law school, Lynn was law clerk to Honorable Maurice B. Cohill, Jr. of the United States District Court, Western District of Pennsylvania.

Lynn received her law degree from Vanderbilt University School of Law where she was awarded the Junius I. Allison Prize for Public Interest Work. Lynn graduated Phi Beta Kappa and *magnum cum laude* with honors from the Economics department from Washington and Jefferson College. Today she serves on W&J's Pre-Law Advisory Committee.

Lynn is a sought-after speaker and author on topics that include sexual abuse, mental illness, intellectual disabilities, the death penalty, and appellate practice. Lynn is an avid tennis player and organizes tennis community service events that provide free tennis racquets and instruction to local children. Lynn is also Vice President of the United States Tennis Association's Middle States' Allegheny Mountain District Council.

### Jonathan D. Lindenfeld (New York)



Jonathan Lindenfeld, Associate at FeganScott, has developed an impressive record representing victims of economic fraud, serving as an ally throughout the complex litigation process.

Jonathan's prior experience includes securities litigation and shareholder derivative litigation while representing individual and institutional investors. Joining FeganScott in 2020, Jonathan opened the firm's New York City office.

Before joining FeganScott, Jonathan was an associate at the New York-based firm Pomerantz LLP, where his practice focused on federal securities litigation. At Pomerantz, Jonathan litigated cases against some of the largest generic pharmaceutical companies in the United States, arising from their alleged anticompetitive practices. In that role, he developed and executed strategies behind the firm's complex discovery processes. Jonathan has also worked alongside economic and legal experts to obtain numerous precedent-setting decisions, which have paved new avenues of relief for damaged investors.

Jonathan earned his Juris Doctor from Hofstra University School of Law, where he graduated *cum laude* with an honors business law concentration and interned at the U.S. Attorney's Office, Eastern District of New York. He was also an editor for the Hofstra Law Journal of International Business and Law. After law school, Jonathan was an associate at Levi & Korsinsky LLP. Jonathan earned his bachelor's degree in economics from Queens College – City University of New York.



Jonathan is licensed in the States of New York and New Jersey; Southern District of New York; District of New Jersey; and U.S. Courts of Appeals for the Third and Tenth Circuits.

### Jessica H. Meeder (Washington, D.C.)



Jessica H. Meeder, Of Counsel at FeganScott, has been litigating class action, multi-district, and multi-plaintiff cases in state and federal courts for nearly 15 years. Jessica plays a key role in building strong and successful cases on behalf of the individuals, corporations, and families that FeganScott represents. She is particularly skilled at effectively developing, briefing, and arguing creative legal theories and approaches, and she brings a high degree of depth, nuance, and dedication to every aspect of her work.

Prior to joining FeganScott in 2019 and opening its Washington, D.C. office, Jessica was a partner at a preeminent Baltimore-based law firm where she spearheaded its national class action and mass torts practices. She previously worked for several nationally prominent defense firms, where she practiced environmental regulation and permitting, pharmaceutical defense, and general insurance defense. Her experience representing insurance companies and defending businesses across multiple practice areas has made her an especially effective advocate for her injured clients.

Jessica is an invitation-only participant in the Duke Law Judicial Studies Center's Diversity Conference, which develops the *Guidelines and Best Practices Addressing Chronic Failure to Diversify Leadership Positions in the Practice of Law*, and the Duke Law Conference entitled Evaluating the 2015 Discovery-Proportionality Amendments and *Bolch-Duke Guidelines and Best Practices*. She is a past Chair of the American Association for Justice's Section on Toxic, Environmental, and Pharmaceutical Torts.

**CASE HIGHLIGHTS**

- *M.S., et al. v. Hamilton County Department of Education, et al.,* Case No. 1:16-cv-00501 (E.D. Tenn.), a putative class action brought under the Fourteenth Amendment and 42 U.S.C. § 1983 on behalf of dozens of school children injured or killed as a result of a November 1, 2016 bus crash.

- *Diallo, et al. v. AAAfordable Transportation LLC, et al.,* Case No. 24-C-17-005079 (Cir. Ct. for Baltimore City, Maryland), a consolidated multi-plaintiff action and putative



class action brought on behalf of 17 individuals who were injured or killed in a tragic bus crash in November 2016 in Baltimore, Maryland. Successfully resolved prior to trial for more than 80% of the plaintiffs' highest damages values.

- *Boler, et al. v. Earley, et al.,* Case No. 2:16-cv-10323 (E.D. Mich), the second class action case filed on behalf of Flint, Michigan residents for their toxic and valueless water; dismissal was successfully appealed to the Sixth Circuit, paving the way for future compensation.

- *Scales, et al. v. Mid-Atlantic Permanente Medical Group, et al.,* Case No. CAL17-18720 (Cir. Ct. for Prince George's County, Maryland), one of several multi-plaintiff actions brought in state court against several Kaiser Permanente entities and Dr. Bryan Williams regarding Williams' long-term sexual assault of his female patients; successfully resolved during discovery.

- Former counsel in *In re Behr Dayton Thermal Products, LLC,* Case No. 3:08–cv–326 (S.D. Ohio), a groundwater contamination case in which plaintiffs successfully achieved issues-class certification, which was upheld on appeal.

- *True, et al. v. Catholic Health Initiatives, et al.,* Case No. 13-cv-00065 (D. Md.), a putative class action brought on behalf of hundreds of individuals who received unnecessary cardiac stents from Dr. Mark Midei; successfully resolved during discovery.

- Former Maryland State Liaison, *In re: New England Compounding Pharmacy, Inc. Prod. Liab. Litig.,* Case No. 1:13-md-02419 (D. Mass.).

- *In re: Skechers Toning Shoe Prod. Liab. Litig.,* Case No. 3:11-md-02308 (W.D. Ky.), a multi-district litigation brought by purchasers of Skechers toning shoes who suffered personal injury as a result of the shoe's defective design.



9

www.feganscott.com

www.facebook.com/feganscottlaw

## Victoria Nabors (North Carolina)

Victoria Nabors joined the FeganScott team as a Staff Attorney in 2021. With over 15 years of legal experience in family law, criminal law, and civil litigation, she brings a unique eye to analyzing documents and developing fact patterns to support the prosecution of cases.

Previously, Victoria held attorney positions at document review leaders, as well as law firms, advocating for individuals across Georgia, North Carolina, and New York. Working as a guardian ad litem and also providing representation for children and parents, Victoria's adept advocacy in child welfare and delinquency cases helped determine the best course of action for families. In her document review work, Victoria has helped facilitate positive resolutions to complex legal matters.

Victoria earned her Juris Doctor from Western Michigan University Thomas Cooley Law School and her Bachelor of Arts in English with a minor in Business from the University of Alabama. In 2018, Victoria was selected for the Federal Administrative Law Judge register.

## Ravi Sakthivel (San Diego)



Ravi Sakthivel, Staff Attorney at FeganScott, is a California-licensed attorney with over 12 years of experience practicing law in both the traditional and non-traditional legal sectors. He is a motivated self-starter focused on case management, research, and document review.

Ravi earned his Juris Doctor from the University of the Pacific McGeorge School of Law where he exceled at the university's renowned Parole Representation Clinic and Immigration Clinic. After law school, Ravi was an associate at Hastings & Grewal where his focus was providing debt relief solutions to hundreds of struggling Americans during the Great Recession. Ravi earned his bachelor's degree in history from the University of California Santa Cruz.

Prior to joining FeganScott in 2020 and opening its San Diego office, Ravi worked as a Staff Attorney for Robbins Geller Rudman & Dowd where he concentrated on large pharmaceutical class action lawsuits. He previously worked for several California law firms, where he practiced real estate, bankruptcy, and immigration law. Ravi's experience also extends beyond the



traditional legal sectors. He worked as a legal compliance officer for a cannabis brand company in Denver, Colorado and as a senior legal director for a Shanghai, China-based legal English production and services company. These non-traditional roles provide Ravi with an unmatched flexibility and an ability to think outside of the box.

11



www.feganscott.com

www.facebook.com/feganscottlaw