# EXHIBIT E



WWW.ZIGLERLAWGROUP.COM

**Zigler Law Group** is a national class action and complex litigation firm founded in 2021 that is committed to protecting consumers and investors from corporate misconduct. Zigler Law Group attorneys have decades of combined experience and have successfully litigated countless complex cases across multiple industries including consumer fraud, securities fraud, breach of contract, breach of warranty, breach of fiduciary duties, and wage and hour violations, among others. Our experience litigating some of the nation's biggest cases enables us to quickly implement time tested strategies and gives us the wisdom to know when only a novel approach will do. Our attorneys can skillfully assemble the right team and resources in order to achieve the best results for our clients.

**Aaron Zigler** is the founding member of the Zigler Law Group. He is admitted to practice in federal courts throughout the Country and is licensed to practice law in the state courts of Illinois, Missouri, California and New York. He has extensive experience in high-stakes litigation against some of the largest corporations. He has handled all aspects of litigation, won contested class certification motions and dispositive motions, taken extensive discovery and negotiated and won court-approval of substantial settlements. His efforts have led to the resolution of numerous class action cases on behalf of millions of consumers.

Aaron has received the recognition of his peers through a Martindale-Hubbell AV Preeminent peer rating and multi-year selection as a Super Lawyers "Rising Star." Aaron has also been honored as a finalist for Public Citizen's Trial Lawyer of the Year award. He is a member of the American Society of Legal Writers.

Prior to founding Zigler Law Group, Aaron was a partner at Keller Lenkner where he managed its class action group and supported its mass arbitration practice, and Korein Tillery, where he managed all aspects of high-stakes litigation for nearly two decades.

Mr. Zigler successes in the courtroom have been featured by the St. Louis Post-Dispatch ("Lawyer a Victor in Class Actions, Says He Fights For Little Guy," St. Louis Post-Dispatch, June 29, 2008), by The American Lawyer (King & Spalding Lawyer Stirs State Judge's Ire, 1 Am. Law., Jan. 2007, at 50) and the National Law Journal (e.g., The Plaintiffs' Hot List, 30 Nat'l L.J., Nov. 22, 2007, at S7).

   

Zigler Law Group<br>
July 21, 2021

Some notable decisions in cases in which Mr. Zigler served as counsel include: *Postmates Inc. v. 10,356 Individuals*, No. CV202783PSGJEMX, 2021 WL 540155 (C.D. Cal. Jan. 19, 2021); *B.F. v. Amazon.com Inc.*, No. 20-35359, 2021 WL 1593003 (9th Cir. Apr. 23, 2021); *Fishon v. Peloton Interactive, Inc.*, No. 19-CV-11711 (LJL), 2020 WL 6564755 (S.D.N.Y. Nov. 9, 2020); *Snider v. Heartland Beef, Inc.*, 479 F.Supp.3d 762 (C.D. Ill. 2020); *Abernathy v. DoorDash, Inc.*, 438 F. Supp. 3d 1062 (N.D. Cal. 2020); *Senne v. Kansas City Royals Baseball Corp.*, 934 F.3d 918 (9th Cir. 2019); *Axiom Inv. Advisors, LLC v. Deutsche Bank AG*, 234 F. Supp. 3d 526 (S.D.N.Y. 2017); *U.S. ex rel. Conroy v. Select Med. Corp.*, 211 F. Supp. 3d 1132 (S.D. Ind. 2016); *U.S. ex rel. Garbe v. Kmart Corp.*, 824 F.3d 632 (7th Cir. 2016); *In re Foreign Exch. Benchmark Rates Antitrust Litig.*, 74 F. Supp. 3d 581 (S.D.N.Y. 2015); *Price v. Philip Morris, Inc.*, 43 N.E.3d 53 (Ill. 2015); *City of Greenville v. Syngenta Crop Prot., Inc.*, 904 F. Supp. 2d 902 (S.D. Ill. 2012); *Carr v. Gateway, Inc.*, 944 N.E.2d 327 (Ill. 2011); *Carr v. Tillery*, 591 F.3d 909 (7th Cir. 2010); *Johnson v. Allstate Ins. Co.*, 2009 WL 3230157 (S.D. Ill. Sept. 30, 2009); *Hoormann v. SmithKline Beecham Corp.*, 2007 WL 1591510 (Ill. Cir. Ct. May 17, 2007); *Barbara's Sales, Inc. v. Intel Corp.*, 367 Ill. App. 3d 1013, 857 N.E.2d 717 (2006); and *Prather v. Pfizer Inc.*, No. 02-L-480 (Ill. Cir. Mar. 2, 2004).

**Richard Paletta**'s nearly three decades of experience has focused exclusively on strategic planning in high-stakes, multi-faceted complex litigation with a focus on consumer class actions involving deceptive and unfair trade practices. Some of these high-profile matters included multi-state and nationwide class actions certified on behalf of over 15 million consumers against telecommunication giants AT&T, Southwestern Bell, GTE & Ameritech that resulted in settlements totaling more than $765 million, including substantial injunctive relief and changes in corporate consumer marketing and sales practices.

Mr. Paletta is often engaged behind the scenes in collaboration with some of the most formidable trial lawyers in the country and has been responsible for the origination and strategic planning that has resulted in successful resolution of numerous complex cases. He serves in such a capacity with the Zigler Law Group, providing remarkable insight, multi-faceted analysis and strategy for a wide range of complex legal and financial matters.

For example, in collaboration with a network of international attorneys, forensic investigators and anti-corruption experts, Mr. Paletta provides strategic litigation

Zigler Law Group
July 21, 2021

planning and prosecution in civil lawsuits against individuals and entities engaged in complex financial fraud and money laundering. Target defendants often use asset protection trusts, International Business Corporations and LLCs to purchase U.S. based real estate assets in sophisticated schemes to evade discovery of assets and to conceal beneficial ownership of those assets. Utilizing innovative and aggressive legal strategies, Mr. Paletta counsels an international network of attorneys in pursuing recovery of illicitly-acquired assets in the United States.

**Michael Marker** has been practicing complex plaintiff's litigation for more than thirty years. Michael graduated from Washington University School of Law in 1989 and then clerked on the Missouri Court of Appeals. Michael then worked for Korein Tillery for more than a decade prosecuting consumer class actions before forming his own firm. Michael has handled all aspects of complex litigation throughout his career. Michael's practice has included class and other collective actions, including representing workers seeking overtime pay, consumers defrauded by deceptive practices or injured by defective products, residents exposed to toxic substances, and consumers victimized by other allegedly unfair practices in the tobacco, telecommunications, and pharmaceutical industries, among other matters. Michael practices in federal courts throughout the Country and is licensed to practice law in Illinois and Missouri.

**J. Blake Kamoroff** graduated from Duke University in 2006 and Emory University School of Law in 2012. He is admitted to practice in Georgia and certified as a Senior Military Justice Practitioner. Blake is an experienced litigator and former officer in the U.S. Army Judge Advocate General's (JAG) Corps, where he excelled at prosecuting and defending soldiers accused of serious crimes.

In 2019, Blake was selected to serve as the supervising attorney for Army defense offices based in Columbia, SC and Augusta, GA. In addition to preparing other defense attorneys for their trials, Blake appeared as lead counsel throughout the Southeast region for complex cases and high-profile cases.

Since joining Zigler Law Group, Blake has focused his practice entirely on the prosecution of claims of parents who have purchased baby foods contaminated with toxic heavy metals.

Zigler Law Group
July 21, 2021

**Kaela Sculthorpe** received her Bachelor's degree from the University of Central Florida in 2017 and her J.D. from Florida A&M University in 2020. She is licensed to practice law in Florida and is certified as a mediator by the Supreme Court of Florida. Prior to joining Zigler Law Group, Kaela worked as an Assistant State's Attorney in Florida. Since joining Zigler Law Group, Kaela has focused her practice exclusively in the representation of consumers who have suffered damages as a result of corporate fraud.

Kaela is also a passionate advocate for animal rights serving multiple roles with the Animal Legal Defense Fund. Kaela even volunteers as a caregiver for injured sea turtles and other wildlife.