# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK MAIN OFFICE (SYRACUSE)

| | |
|---|---|
| *IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION* | Case No. 1:21-cv-00133-TJM-CFH |
| This Document Relates To:<br><br>All Actions | **NOTICE OF APPEARANCE OF KRISTA K. FREIER** |

PLEASE TAKE NOTICE that Krista K. Freier from the firm of Lockridge Grindal Nauen P.L.L.P. hereby appears as counsel of record for Plaintiff Laura Peek.

| | |
|---|---|
| Date:  August 6, 2021 | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br><br>By:  s/ Krista K. Freier<br>Rebecca A. Peterson (*Pro Hac Vice*)<br>Krista K. Freier (*Pro Hac Vice*)<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: rapeterson@locklaw.com<br>           kkfreier@locklaw.com<br><br>**Attorneys for Plaintiff Laura Peek** |

559602.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2021, I caused a true and correct copy of the attached NOTICE OF APPEARANCE to be served via the Court's CM/ECF system to all counsel of record.

Dated: August 6, 2021                             s/ Krista K. Freier
                                                                           Krista K. Freier