**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

| | | |
|---|---|---|
| IN RE BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION | : : : | No. : 1:21-cv-00133-DNH-CFH |
| This Document relates to | : : | **NOTICE OF APPEARANCE** |
| Abbott, et al v. Beech-Nut Nutrition Co. No. 21-cv-00822 | : : : | |
| _____ | : | |

     PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record for the plaintiffs in the Abbott action, No. 21-cv-00822. The undersigned certifies that she is admitted to appear and participate in the above-captioned matter *pro hac vice* on behalf of the Plaintiffs in this Court, and requests that all notices, pleadings, and other documents given or filed in the above-captioned action be given and served upon the undersigned attorney.

Dated: January 21, 2022

                                                                                       Respectfully submitted,

                                                                                      **ZIGLER LAW GROUP**

                                                                                       By: /s/ Robin Horton Silverman
                                                                                       Robin Horton Silverman
                                                                                       308 S. Jefferson Street, Suite 333
                                                                                       Chicago, IL 60661
                                                                                       Telephone: (312) 573-8427
                                                                                       Facsimile: (312) 535-5773
                                                                                       robin.horton@ziglerlawgroup.com

                                                                                       *Counsel for Plaintiffs and the proposed class*