UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION* | Case No. 1:21-cv-00133-TJM-CFH |
| This Document Relates To: <br><br> All Actions | NOTICE OF WITHDRAWAL OF APPEARANCE |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF KATHERINE VAN DYCK

TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1, the appearance of Katherine Van Dyck on behalf of Plaintiff Laura Peek is hereby withdrawn in the above-referenced action. Plaintiffs will continue to be represented by Counsel of record from Cuneo Gilbert & LaDuca LLP as well as by additional counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed as such.

Dated: March 8, 2022

CUNEO GILBERT & LADUCA, LLP

By: *s/ Katherine Van Dyck*
Katherine Van Dyck
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Phone: (202) 789-3960
Fax: (202) 789-1813
E-mail: kvandyck@cuneolaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                            */s/ Katherine Van Dyck*
                                                                            Katherine Van Dyck