UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 1:21-CV-00133-DNH-CFH |

**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE**

WHEREAS the Court previously ordered that the then-pending related actions filed against Defendant Beech-Nut Nutrition Company ("Defendant") be consolidated pursuant to Fed. R. Civ. P. 42(a) and allowed for any actions subsequently filed, removed, or transferred to this Court to be consolidated (the "Consolidated Actions") (ECF No. 55, ¶¶1, 4);

WHEREAS the Court ordered that Erin Green Comite of Scott+Scott Attorneys at Law LLP and Steven L. Bloch of Silver Golub & Teitell LLP be appointed as Co-Lead Interim Counsel for Plaintiffs and the putative Class, and that E. Stewart Jones Hacker Murphy, LLP be appointed as Interim Liaison Counsel for Plaintiffs and the putative Class (ECF No. 167);

WHEREAS Co-Lead Interim Counsel contemplate filing and serving a Consolidated Amended Class Action Complaint ("Consolidated Complaint");

WHEREAS the Court ordered that Defendant need not answer, move, or otherwise respond to any Consolidated Complaint until sixty days following service of the Consolidated Complaint, or May 15, 2021, whichever is later (ECF No. 55, ¶5);

NOW THEREFORE, Plaintiffs and Defendant through their respective counsel and subject to the Court's approval stipulate that:

1

1.       The Court shall consolidate the case captioned *Abbott v. Beech-Nut Nutrition Company, Inc.*, Case No. 1:21-cv-822-DNH-CFH (N.D.N.Y. filed July 19, 2021) into Master File No. 1:21-CV-00133-DNH-CFH as contemplated in docket entry 11 in the *Abbott* case;

2.       Plaintiffs shall file a Consolidated Complaint on **June 24, 2022**;

3.       Defendant agrees to accept service of the Consolidated Complaint upon its e-filing on Pacer in Master File No. 1:21-CV-00133-DNH-CFH or on June 24, 2022, whichever is later, and shall answer, move, or otherwise respond to the Consolidated Complaint on **August 29, 2022**;

4.       Should Defendant file a motion to dismiss, Plaintiffs will file their brief in opposition on **October 10, 2022** and Defendant will file its reply brief on **November 7, 2022**.

**IT IS SO STIPULATED.**

Dated:  May 2, 2022                                   Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
By:  s/ *Erin Green Comite*
Erin Green Comite (Bar Roll #702705)
156 S. Main St., P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com

Joseph P. Guglielmo (Bar Roll #702673)
Sean T. Masson (Bar Roll #702794)
The Helmsley Building
230 Park Ave., 17th Floor
New York, N.Y. 10169
Tel.: (212) 223-6334
Fax: (212) 223-6444
jguglielmo@scott-scott.com
smasson@scott-scott.com

Steven L. Bloch (Bar Roll #509339)
Ian W. Sloss (Bar Roll #702557)
Zachary Rynar (Bar Roll #702588)
**SILVER GOLUB & TEITELL LLP**
184 Atlantic Street
Stamford, CT 06901
Tel.: (203) 325-4491

Fax: (203) 325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com
zrynar@sgtlaw.com

*Co-Lead Interim Counsel for Plaintiffs and the Putative Class*

James E. Hacker (Bar Roll #101888)
Julie A. Nociolo (Bar Roll #519914)
**E. STEWART JONES HACKER MURPHY, LLP**
28 Second Street, Suite 203
Troy, N.Y. 12180
Tel.: (518) 274-5820
Fax: (518) 274-5875
hacker@joneshacker.com
jnociolo@joneshacker.com

*Liaison Counsel*

Aaron M. Zigler (Bar Roll #703294)
Robin H. Silverman (*pro hac vice*)
**ZIGLER LAW GROUP, LLC**
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
Tel.: (312) 535-5995
aaron@ziglerlawgroup.com
robin.horton@ziglerlawgroup.com

Troy E. Walton (*pro hac vice*)
Stephen J. Telken (*pro hac vice*)
**WALTON TELKEN, LLC**
241 N. Main Street
Edwardsville, IL 62025
Tel.: (618) 307-9880
twalton@waltontelken.com

*Additional Counsel for Plaintiffs*

By: */s/ Livia M. Kiser*
**KING & SPALDING LLP**
Kathleen E. McCarthy
Attorney Bar No.: 2125722
Livia M. Kiser (*pro hac vice*)
1185 Avenue of the Americas New York, NY 10036
Phone: (212) 556-2345

3

Fax: (212) 556-2222
kmccarthy@kslaw.com
lkiser@kslaw.com

*Attorneys for Defendant Beech-Nut Nutrition Co.*

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 5-4-2022

4