UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION* <br><br> This Document Relates To: <br><br> All Actions | Case No. 1:21-cv-00133-TJM-CFH <br><br> NOTICE OF WITHDRAWAL OF APPEARANCE |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### OF GARY M. KLINGER

TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1, the appearance of Gary M. Klinger on behalf of Plaintiff Kathey Henry is hereby withdrawn in the above-referenced action. Plaintiff will continue to be represented by Counsel of record from Mason LLP as well as by additional counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed as such.

Dated: May 4, 2022

Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: 866-252-0878
F: 865-522-0049
gklinger@milberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court for the Northern District of New York using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gary M. Klinger*
Gary M. Klinger
