UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION*<br><br>v.<br><br>_____<br><br>This Document Relates To:<br><br>Case No. 1:21-cv-00133-DNH-CFH (*Thomas*) | Case No. 1:21-cv-00133-DNH-CFH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Troy E. Walton of Walton Telken, LLC, having been admitted to practice before this Court *Pro Hac Vice* on January 28, 2022 (Doc. 160), hereby appears on behalf of the following plaintiffs:

| | | |
|---|---|---|
| Rebecca Abbott | Rebecca George | Stephanie Norgaard |
| Erin Abdoo | Charita Harrell | Corinthea Pangelinan |
| Elizabeth Austin | Jill Hayden | Robert Partello |
| Alyssa Barb | Sammi Hobdy | Krishna Patel |
| Kelsey Blankenship | Amanda Holmes | Maurice Peterson |
| Amanda Boots | Shaylan Isaacs | Amanda Rogers |
| Olivia Boyer | Karleen Kozaczka | Bridget Salopek |
| Celia Bruno | Tabitha Latteyer | Amanda Schram |
| Ana Butkus | Andrew Lohse | Liza Sike |
| Derrick Carr | Heather Malaga | Brandi Slabinski |
| Mayelin Carranza | Elizabeth McDowell | Kinder Smith |
| Samantha Clark | Katherine McGibney | Porsche Stokes |
| Melanie Cole | Kali McGlinch | Dillon Townzen |
| Adrianne Cooper | LaToya McHenry | Brittany Wallace |
| Nathan Edwards | Christina Mitchell | Monique Warren |
| Morgan Engebretsen | Loukevia Moore | Amber Wright |
| Lisa Fisher | Brittany Moyer | Ashley Yates |
| | | Christen Zulli |

This notice is for the purpose of receiving ECF alerts from the District Court.

Dated: July 21, 2022 	Respectfully submitted,

By:   */s/ Troy E. Walton*
Troy E. Walton, Admitted PHV
Stephen J. Telken, Admitted PHV
WALTON TELKEN, LLC
241 N. Main Street
Edwardsville, IL 62025
Tel: (618) 307-9880
twalton@waltontelken.com
stelken@waltontelken.com

*Additional Counsel for Plaintiffs*