UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION*<br><br>This Document Relates To:<br><br>All Actions | Case No.: 1:21-cv-00133-TJM-CFF<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF MELISSA S. WEINER**

TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1, the appearance of Melissa S. Weiner on behalf of Plaintiff Mattia Doyle is hereby withdrawn in the above-referenced action. Plaintiffs will continue to be represented by Counsel of record from The Sultzer Law Group as well as by additional counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed as such.

Dated: August 4, 2022                By: */s/ Melissa S. Weiner*
                                                      Melissa S. Weiner
                                                      **PEARSON, SIMON & WARSHAW, LLP**
                                                      800 LaSalle Avenue, Suite 2150
                                                      Minneapolis, Minnesota 55402
                                                      Tel.: (612) 389-0600
                                                      Fax.: (612) 389-0610
                                                      mweiner@pswlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Melissa S. Weiner*
Melissa S. Weiner