**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION | Case No.: 1:21-cv-00133 |
| This Document Relates To: All Actions | NOTICE OF WITHDRAWAL OF APPEARANCE |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF KAREN SHARP HALBERT

TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1, the appearance of Karen Sharp Halbert on behalf of Plaintiff Marie Mezile is hereby withdrawn in the above-referenced action. Plaintiff will continue to be represented by Counsel of record from Dreyer Boyajian LLP, Zigler Law Group, LLC, Kohn, Swift & Graf, P.C., and Scott & Scott, Attorneys at Law, LLP, and all future correspondence and papers in this action should continue to be directed as such.

Dated: August 22, 2015

    Respectfully submitted,

    */s/ Karen Sharp Halbert*
    Karen Sharp Halbert
    ROBERTS LAW FIRM US, PC
    20 Rahling Circle
    Little Rock, AR 72223
    Telephone: (501) 821-5575
    mikeroberts@robertslawfirm.us

    *Counsel for Plaintiff Marie Mezile*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Karen Sharp Halbert*
Karen Sharp Halbert