UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 1:21-CV-00133-DNH-CFH |

## NOTICE OF APPEAL

Notice is hereby given, in accordance with Federal Rules of Appellate Procedure 3 and 4, that Plaintiffs Jeremy Cantor, Rebecca Abbott, Erin Abdoo, Christina Allgood (a/k/a Christina Holland), Xena Almquist, Elizabeth Austin, Emily Baccari, Alyssa Barb, Kelsey Blankenship, Amanda Boots, Olivia Boyer, Celia Bruno, Ana Butkus, Derrick Carr, Mayelin Carranza, Kaitlynn Carson, Samantha Clark, Melanie Cole, Adrianne Cooper, Sheila Curry, Erica Douglas, Nathan Edwards, Morgan Engebretsen, Albachiara Farci, Lisa Fisher, Natalie Francois, Jillian Geffken, Rebecca George, Charita Harrell, Jill Hayden, Sammi Hobdy, Malik Hockaday, Amanda Holmes, Heather Hyden, Shaylan Isaacs, Karleen Kozaczka, Tabitha Latteyer, Andrew Lohse, Heather Malaga, Elizabeth McDowell, Katherine McGibney, Kali McGlinch, LaToya McHenry, Christina Mitchell, Loukevia Moore, Brittney Moyer, Stephanie Norgaard, Corinthea Pangelinan, Robert Partello, Krishna Patel, Maurice Peterson, Amanda Rogers, Bridget Salopek, Haley Sams, Vito Scarola, Amanda Schram, Liza Sike, Brandi Slabinski, Kinder Smith, Tamaya Stevenson, Porsche Stokes, Dillon Townzen, Brittany Wallace, Monique Warren, Jordan White, Natalie Williams, Amber Wright, Ashley Yates, and Christen Zulli ("Plaintiffs") in the above-captioned case, individually and on behalf of the putative class, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order entered on January 19, 2023 (ECF No. 196), and Judgment and Amended Judgment entered on January 20, 2023 and

January 24, 2023, respectively (ECF Nos. 197-98), in the United States District Court for the Northern District of New York, which granted Defendant Beech-Nut Nutrition Company's Motion to Dismiss the Consolidated Class Action Complaint (ECF No. 189).

Dated: February 20, 2023  Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: *s/ Erin Green Comite*
Erin Green Comite (Bar Roll #702705)
156 S. Main St.
P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com

Joseph P. Guglielmo (Bar Roll #702673)
The Helmsley Building
230 Park Ave., 17th Floor
New York, N.Y. 10169
Tel.: (212) 223-6334
Fax: (212) 223-6444
jguglielmo@scott-scott.com

Steven L. Bloch (Bar Roll #509339)
Ian W. Sloss (Bar Roll #702557)
Zachary Rynar (Bar Roll #702588)
**SILVER GOLUB & TEITELL LLP**
184 Atlantic Street
Stamford, CT 06901
Tel.: (203) 325-4491
Fax: (203) 325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com
zrynar@sgtlaw.com

*Co-Lead Interim Counsel for Plaintiffs and the Putative Class*

James E. Hacker (Bar Roll #101888)
Julie A. Nociolo (Bar Roll #519914)
**E. STEWART JONES HACKER MURPHY, LLP**
28 Second Street, Suite 203

2

Troy, N.Y. 12180
Tel.: (518) 274-5820
Fax: (518) 274-5875
hacker@joneshacker.com
jnociolo@joneshacker.com

*Liaison Counsel*

Aaron M. Zigler (Bar Roll #703294)
Robin H. Silverman (*pro hac vice*)
**ZIGLER LAW GROUP, LLC**
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
Tel.: (312) 535-5995
aaron@ziglerlawgroup.com
robin.horton@ziglerlawgroup.com

Troy E. Walton (*pro hac vice*)
Stephen J. Telken (*pro hac vice*)
**WALTON TELKEN, LLC**
241 N. Main Street
Edwardsville, IL 62025
Tel.: (618) 307-9880
twalton@waltontelken.com

*Additional Counsel for Plaintiffs*

3