

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

# **ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION**

Dear Clerk of the Court,

Please take notice that on February 20, 2023 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s):

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 21st day of February, 2023.

*Clerk of Court*

By: Max A. Prebit, Deputy Clerk

## **Case Information**

Case Name & Case No.: ___Jeremy Cantor, et al. v. Beech-Nut Nutrition Company – 1:21-CV-00133 (DNH/CFH)___

Docket No. of Appeal: ___199___
Document Appealed: ___196, 197, 198___

Fee Status:   Paid _X_   Due __   Waived (IFP/CJA) __   IFP revoked __
              Application Attached __   IFP pending before USDJ __

Counsel:   Retained _X_   Pro Se __

Time Status:   Timely _X_   Untimely __

Motion for Extension of Time:   Granted _X_   Denied __   N/A _X_

Certificate of Appealability:   Granted __   Denied __   N/A _X_

State Court Papers are being sent by UPS as of: _____