UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION<br><br>This Document Relates to:<br>All Actions | :<br>:<br>:<br>: Master File No. 1:21-cv-00133-TJM-CFH<br>:<br>:<br>:<br>: |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF DOUGLAS A. ABRAHAMS

TO: THE COURT AND ALL THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1, the appearance of Douglas A. Abrahams on behalf of Plaintiff Marie Mezile is hereby withdrawn in the above-referenced action. Plaintiff will continue to be represented by Counsel of record from Kohn, Swift & Graf, P.C. as well as additional counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed as such.

Respectfully submitted,

Dated: May 5, 2023

/s/ Douglas A. Abrahams
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
dabrahams@kohnswift.com

*Counsel for Plaintiff Marie Mezile*

{00238887 }

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May 2023, I electronically filed the foregoing. Withdrawal of Appearance with the Clerk of the Court using the CM/EMF System, which will then send a notification of such filing to all counsel of record.

/s/ Douglas A. Abrahams
Douglas A. Abrahams

{00238887 }