UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION*<br><br>This Document Relates To:<br><br>All Actions | Case No. 1:21-cv-00133-TJM-CFH<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1, the appearance of Janine L. Pollack on behalf of Plaintiffs Gabrielle Stuve and Robyn Moore is hereby withdrawn in the above-referenced action. Plaintiffs are currently represented by Lori Feldman of George Feldman McDonald, PLLC. Ms. Pollack respectfully requests that her name be removed from all applicable service lists.

Dated:  June 22, 2023                                           Respectfully submitted,

*/s/ Janine L. Pollack*
Janine L. Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: (212) 899-1761
Fax: (332) 206-2073
jpollack@calcaterrapollack.com

*Attorney for Plaintiffs Robyn Moore and Gabrielle Stuve*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June 2023, I caused the electronic filing of the foregoing Notice of Withdrawal of Appearance with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to all counsel of record.

*/s/ Janine L. Pollack*
Janine L. Pollack
