**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 1:21-CV-00133-DNH-CFH |

**NOTICE OF RENEWED MOTION AND RENEWED MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT BY BEECH-NUT NUTRITION COMPANY**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 8, 9, 12(b)(1), and 12(b)(6), on a date and time set by the Court or as soon thereafter as this matter may be heard, at the Alexander Pirnie Federal Building and U.S. Courthouse, 10 Broad Street, Utica, NY 13501, before the Honorable David N. Hurd, Defendant Beech-Nut Nutrition Company ("Beech-Nut"), will, and hereby does, move the Court for an order dismissing Plaintiffs' Consolidated Second Amended Class Action Complaint ("SACC"), and each cause of action contained therein.

This motion is based on the following grounds:

1. Plaintiffs do not plausibly allege consumer deception;

2. Plaintiffs' affirmative misrepresentation theory fails because they do not identify any actionable misrepresentation;

3. Plaintiffs' fraud by omission claim fails because they do not plausibly allege that Beech-Nut owed a duty to disclose the allegedly omitted information;

4. Plaintiffs lack standing to sue for injunctive relief;

5. Plaintiffs' claims for breach of express warranty fail for the same reasons as Plaintiffs' consumer fraud claims and also because Plaintiffs cannot plead reliance on any alleged express warranty;

6. Plaintiffs' claim for breach of implied warranty fails because Plaintiffs cannot allege that the challenged products were not fit for their ordinary purpose;

7. Plaintiffs' negligent misrepresentation claim fails because the economic loss rule bars their claims; and

8. Plaintiffs' claim for unjust enrichment fails because it is duplicative.

This Motion is supported by this Motion, the accompanying Memorandum of Law, the Declaration of Livia M. Kiser and the exhibits thereto (*see* ECF Nos. 222-2 to 222-14), the documents and papers on file in this action, and on such other written and oral argument as may be presented to the Court on this motion.

**PLEASE TAKE FURTHER NOTICE** that Beech-Nut Nutrition Company respectfully requests oral argument due to the complexity and number of issues raised by the SACC, as addressed in the accompanying Memorandum of Law. Attorney for Beech-Nut Livia M. Kiser plans to argue the motion.

Dated: May 27, 2026

Respectfully submitted,

**BEECH-NUT NUTRITION COMPANY**

*/s/ Livia M. Kiser*

Livia M. Kiser (ARDC No. 6275283)
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Ph: 312.995.6333
Fax: 312.995.6330
lkiser@kslaw.com

Keri E. Borders (*pro hac vice* to be filed)
Rebecca B. Johns (*pro hac vice* to be filed)
KING & SPALDING LLP
633 W. Fifth Street, 16th Floor
Los Angeles, CA 90017
kborders@kslaw.com
rjohns@kslaw.com

Michael L. Resch (*pro hac vice* to be filed)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
mresch@kslaw.com

Suzanne M. Messer
BOND, SCHOENECK & KING PLLC
One Lincoln Center
Syracuse, NY 13202
messers@bsk.com

*Attorneys for Defendant*
*Beech-Nut Nutrition Company*

**CERTIFICATE OF SERVICE**

I, Livia M. Kiser, hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System on May 27, 2026. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

*/s/ Livia M. Kiser*
Livia M. Kiser (ARDC No. 6275283)